# St. Louis-Kansas City Carpenters Regional Council



## Bylaws

## July 9, 2019

EXHIBIT

A

# COUNCIL BYLAWS

## PREAMBLE

Our aim will be to promote and protect the interest of our membership, to organize the unorganized, to elevate the moral, intellectual and social conditions of all working men and women, and to assist each other in sickness and distress.

To encourage apprenticeship and a higher standard of skill, to cultivate a feeling of friendship, and to assist each other to secure employment.

To aid and assist all organizations to uphold the dignity of labor and resist oppression by honorable means.

To hold it as a sacred principle, that union members, above all others, should set a good example as good and faithful workers, performing their duties to their employer with honor to themselves and to their organization.

We resent the principle of open shop association, and will continually strive for the enactment of legislation which will enable us to achieve our objectives.

Realizing that a blow to one organization is a blow to all, therefore, it shall be our duty as union members to purchase union-made goods and patronize union shops and business establishments whenever possible to do so.

So with these aims and principles in mind, the Local Unions in the vicinity of Missouri, Southern Illinois, and Kansas shall affiliate ourselves into an organization that shall be known as the St. Louis-Kansas City Carpenters Regional Council in conformity with the provisions of the Constitution of the United Brotherhood.

## BYLAWS

## NAME AND TITLE

Section 1.

This body is chartered and known as the St. Louis-Kansas City Carpenters Regional Council, United Brotherhood of Carpenters and Joiners of America. This Council is organized in conformity with the Constitution of the United Brotherhood and shall exercise the powers and privileges of a Council under the Constitution and Laws of the United Brotherhood.

## OBJECTS

Section 2.

The objects of this Council shall be to promote and protect the interest of our membership, to encourage the apprenticeship system and higher standard of skill, to reduce the hours of labor, to secure adequate pay for our work, to elevate the standard of our craft, to cultivate

1

a feeling of friendship among the members of this Brotherhood, to assist our members in procuring employment, to protect our members by legal and proper means against any injustice that may be done to them, and to improve the moral, social and intellectual conditions of our members and all working people.

## POWERS

Section 3.

This Council shall be the central governing body over and shall have legislative and executive powers on all matters relating to the general interest and welfare of affiliated Local Unions and their members. The Council shall establish working dues or monthly dues (that are sufficient to operate the Council) payable to the Council and initiation fees. It shall have the power to collect and retain all fines levied by the Council for violation of the laws, trade and other rules of the Council. The Council shall have the power to issue quarterly work cards to members. It shall have the power to make agreements with kindred bodies or central organizations and send delegates to same whenever deemed necessary. The Council shall have the power to hire, discipline, promote, and fire all employees of the Council, including Organizers and Representatives. Except for clerical employees of Local Unions, all persons employed on matters within the jurisdiction of the Council, including Representatives and Organizers, shall be employees of the Council. No person shall be an employee of an affiliated Local Union except for persons employed in clerical positions. Upon approval of these Bylaws, all Local Union employment positions, except for clerical positions, shall cease to exist. Furthermore, the Council shall have all other powers provided for in the Bylaws.

## OFFICERS OF THE COUNCIL

Section 4.

The officers of this Council shall consist of President, Vice President, Executive Secretary-Treasurer, eight (8) Executive Committee Members, Warden/Conductor, and three (3) Trustees. The term of these offices shall be four (4) years.

## NOMINATIONS AND ELECTIONS

Section 5.

The nomination, election and installation of officers of the Council shall be governed by the Constitution and Laws of the United Brotherhood in accordance with the following provisions:

(A) Officers of this Council shall be nominated and elected by the delegate body of the Council, and must be working within the bargaining unit represented by their Local Union, or employed full time within the framework of the United Brotherhood of Carpenters to be eligible.

(B) Council delegates shall be elected in accordance with the Constitution of the United Brotherhood. Council delegates shall be elected for a term of not more than three (3) years.

(C) Each Local Union shall notify the Executive Secretary-Treasurer, by certified mail, or other duly approved method, of the names of the elected delegates before July 1st of each year. It is compulsory that the Executive Secretary-Treasurer of the Council notify these delegates by mail that nominations and elections of the Council officers will be held at the Council meeting in August.

## DUTIES OF THE PRESIDENT

Section 6.

It shall be the duty of the President to preside at all meetings of the Council, enforce a due observance of the Constitution and Laws of the United Brotherhood, conduct the same according to parliamentary rules and perform such other duties as designated by the body. The President shall appoint the Warden/Conductors at the satellite locations.

## DUTIES OF THE VICE-PRESIDENT

Section 7.

The Vice-President shall assist the President in the performance of his or her duties and conduct meetings in his or her absence. The same rules are to govern as are applied to the President.

## DUTIES OF THE EXECUTIVE SECRETARY-TREASURER

Section 8.

(A) The Executive Secretary-Treasurer shall keep a correct record of each meeting, keep all documents and correspondence, issue all calls for a special meeting, keep a record of all charges, trials and fines, take charge of the seal of the Council and affix same to all official documents, sign all legal orders, keep a correct account between the Council and the Local Unions, receive all monies paid to the Council and shall hold in his or her possession a sum of money not to exceed one thousand dollars ($1,000.00) for contingent expenses. He or she shall issue quarterly work cards to the affiliated Local Unions.

The Executive Secretary-Treasurer shall take charge of all the ballots cast in any election of the Council and shall preserve said ballots and other records relating to the election for a period of one (1) year after the election date.

(B) The Executive Secretary-Treasurer shall be the Chief Executive Officer of this Council. The Executive Secretary-Treasurer shall be responsible for the management and supervision of the field activities, business office(s), and for conducting the daily business of the Council. The Executive Secretary-Treasurer shall assume all of the duties of the Recording Secretary and Treasurer.

All monies paid into the Council shall be deposited by the Executive Secretary-Treasurer in the name of the Council in such bank or banks as properly designated by the Executive Committee.

The Executive Secretary-Treasurer shall furnish each Local Union with a copy of the quarterly financial report of the Council certified by the proper auditing committee. This report shall be signed by the Trustees of the Council. He shall perform such other duties from time to time as the Executive Committee or Council may direct.

The Executive Secretary-Treasurer shall furnish to each Local Union a correct record of each meeting of the Council. All collected claims shall pass through the hands of the Executive Secretary-Treasurer and he shall keep a record of the same.

The Executive Secretary-Treasurer shall refer all bills to the Trustees for investigation, after which they shall be presented to the Council for approval.

The Executive Secretary-Treasurer is specifically authorized to expend, in accordance with the procedures of these Bylaws, funds for any or all of the purposes and objects of the Council.

The Executive Secretary-Treasurer shall have the authority to hire, suspend, promote or terminate all clerical or custodial employees and shall determine their duties, assignments, compensation, hours of employment and conditions.

The Executive Secretary-Treasurer shall have the authority to appoint, hire, suspend, promote or terminate Council Representatives and Organizers, subject to the approval of the Executive Committee of the Council.

The Executive Secretary-Treasurer shall have the power and authority to appoint and remove representatives for and on behalf of its Local Unions to act as Trustees for all negotiated employer/union trust funds, including, but not limited to, annuity, health and welfare, pension, apprenticeship, labor-management cooperation committee, vacation savings, and holiday plans. In addition, the Executive Secretary-Treasurer has the power and authority to appoint and remove representatives on JATCs sponsored by Local Unions. Accordingly, all trust agreements and/or plan documents shall be amended by the authorized representatives of the Local Unions to reflect the forgoing appointment and removal process.

(C) The Executive Secretary-Treasurer, by virtue of election to his or her office, shall automatically be deemed as an elected delegate from the Council to the conventions or meetings of the United Brotherhood, State Building and Construction Trades Councils, Labor Federations, and any other organizations, conferences or meetings with which the Council may participate or become affiliated with.

The Executive Secretary-Treasurer or his or her designee shall be chairman of all negotiating committees and shall appoint the members to such committees.

The Executive Secretary-Treasurer shall serve as a trustee on any and all trust funds including, but not limited to, health and welfare, pension, labor-management and joint apprenticeship and training funds.

4

The Executive Secretary-Treasurer shall review with the Executive Committee of the Council all minutes of any trust funds with a copy of same to remain at the office of the Council.

The Executive Secretary-Treasurer may delegate any of his or her authority to a representative of this Council when he or she deems it necessary.

## DUTIES OF WARDEN/CONDUCTOR

Section 9.

The Warden/Conductor shall take charge of the door at all meetings of the Council and allow no one to enter except those who are entitled to do so. Their other responsibilities include but are not limited to, counting votes and communicating their results to all satellite locations, checking meeting equipment and helping to maintain order during Council Meetings.  The Warden/Conductor's duties shall be in accordance with Sections 38 and 39 of the Constitution of the United Brotherhood of Carpenters.

## EXECUTIVE COMMITTEE

Section 10.

The Executive Committee shall consist of eight (8) elected members, as well as the President, Vice-President and the Executive Secretary-Treasurer. Each of the eight (8) elected members must be a Council delegate in order to hold his or her seat.  Between meetings, the Executive Committee shall have supervision of such Council business as has not otherwise been granted to officers of the Council. All changes or proposed changes in the Bylaws or Trade Rules of this Council or any of the Local Unions affiliated therewith shall be first referred to the Executive Committee for consideration and recommendation pending approval by the Council. Furthermore, in accordance with Section 11B of the Constitution and Laws of the United Brotherhood same must be submitted to the General Vice-President for approval. The Executive Committee shall submit a report to each meeting of the Council.

## TRUSTEES (AUDITING AND FINANCIAL)

Section 11.

The Trustees shall have supervision of all funds and properties of the Council subject to such instructions from the Executive Committee as they may receive from time to time. The title to all property of the Council shall be held in the name of the Trustees of the Council and/or their successors in office. The Trustees shall audit all books and accounts of the Executive Secretary-Treasurer at least monthly and report their findings to the Council and perform such other duties as the Council may require. The Trustees shall audit all receipts and accounts of any other person authorized to collect funds. The Council shall engage a certified or registered public accountant for periodic audits, but not less than once a year, and such audits shall be examined by the Trustees for comparison with the audit of the Trustees, who shall report their conclusions in writing to the Council.

5

**WORKING DUES (DUES CHECK-OFF) SPECIAL ASSESSMENTS, PER CAPITA TAX**

Section 12.

(A) The Council shall receive working dues in an amount determined by the Regional Council. The working dues to this Council shall be due on the first day of the month and must be paid to the Council not later than the 15th day of the following month.

(B) In case of a deficit in the funds of the Council, the Council may levy a special assessment on each Local Union based on the number of members in the Local. The Council must give thirty (30) days' written notice to the delegates and the principal office of each Local Union prior to such special assessment and shall require a majority vote by secret ballot of the delegates to the Council at a Special Convention to adopt this special assessment, which must be approved by the General Vice-President. The Executive Secretary-Treasurer shall notify all Local Unions that said assessment must be paid within thirty (30) days from the time of final approval.

(C) The Council may establish monthly dues or increase working dues payable to the Council by a majority vote of the delegates voting at a Special Convention of the Council held upon not less than thirty (30) days' written notice to the principal office of each Local Union.

(D) If a member who owes working dues fails to pay them as provided by these Bylaws, such working dues shall be charged to the member by notice in writing that same must be paid within thirty (30) days to entitle the member to any privilege, rights or donations. If the member does not make payment of arrears within the time prescribed, the member shall not be in good standing and he or she shall be notified in writing that unless the amount owing is paid within thirty (30) days thereafter his or her name shall be stricken from membership. Notices shall be sent to the last known address of the member reported by the member to the Local Union.

(E) For any quarter in which less than ninety percent (90%) of a Local Union's membership have not signed authorization cards providing that working dues will be paid to the Council, a per capita tax in an amount determined by the Regional Council shall be payable by such Local Union to the Council based on the number of non-participating members.

(F) The council may impose a per capita tax on each Local Union in the amount determined by the Regional Council. The Council may increase the amount of per capita tax by majority vote of the delegates voting at a Special Convention held by the Council upon not less than thirty (30) days' written notice to the principal office of each local.

**MONTHLY DUES**

Section 13.

The monthly dues payable to the Local Unions in this Council shall be established by the Local Unions and must be adequate to enable the Local Unions to operate in an efficient, proper and solvent manner in the service and best interests of its membership.

Monthly dues payable by the members to the Local Unions shall not be increased except upon the approval by majority vote of by secret ballot of the members in good standing at a general or special membership meeting after reasonable notice or by majority vote of the members in good standing in a membership referendum conducted by secret ballot. In addition, monthly dues payable to Local Unions must be approved by the Council.

Each Local Union shall furnish the Council with a correct monthly report of all members as indicated by the United Brotherhood of Carpenters per capita sheet.

## COUNCIL REPRESENTATION

Section 14.

Each Local Union shall elect a delegate or delegates to the Council in accordance with the Constitution and Laws of the United Brotherhood governing nomination and elections in subordinate bodies. The ratio of representation from each Local Union to the Council shall be determined by the Council. A member of a Local Union who meets the qualifications of Section 31D of the Constitution and Laws of the United Brotherhood shall not be ineligible to be a delegate because he or she is a Business Representative of the Council, nor shall an otherwise qualified delegate to the Council be ineligible for appointment as a Business Representative because he or she is a delegate. Each Local Union shall submit the correct number of members on its rolls from month to month on and after the first meeting of each month.

The ratio of representation from each Local Union to the Council shall be as follows: Two delegates for the first one hundred (100) members or less, and one additional delegate for every additional one hundred (100) members or majority fraction thereof.

The Executive Secretary-Treasurer shall notify each Local Union by mail, no later than April 15th of the year of each general election of Local Union delegates to this Council, the correct number of delegates each Local Union is entitled to have elected.

## DELINQUENT LOCAL UNIONS

Section 15.

A Local Union owing per capita tax for two (2) months and the same not being paid by the end of the third month, such Local Union delegates shall not have a vote or voice in the Council. When a Local Union owes a sum equal to three (3) months' per capita tax to the Council, its delegates will not be entitled to a seat in that body nor shall the members of the delinquent Local Union be entitled to the work card of the Council.

## DELEGATE CREDENTIALS

Section 16.

Recording Secretaries of Local Unions must forward credentials of the delegate or delegates from their Local Union to the Council properly signed by the President and Recording Secretary with the seal of the Local Union affixed. They shall be referred to the Executive

7

Committee, who shall investigate the same and report their findings to the Council with recommendation thereof.

## DELEGATES ATTENDING MEETINGS

Section 17.

Any delegate to this Council failing to attend its meetings shall upon the third (3rd) offense, provided they are successive and no reasonable excuse is presented and accepted by a majority vote of the Council, stand suspended and his Local Union shall be so notified.

## COLLECTIVE BARGAINING

Section 18.

The Council shall have the exclusive power and authority to negotiate, ratify and execute collective bargaining agreements for and on behalf of its affiliated Local Unions, except to the extent the United Brotherhood of Carpenters exercises its jurisdiction or authority.

The method of collective bargaining ratification shall be decided by the Council. Furthermore, the Council shall have the authority to adopt rules and procedures governing the method of ratification.

## TRUST FUNDS

Section 19.

All allocations from negotiated total wage amounts to annuity, health and welfare, pension, funds sponsored by the United Brotherhood of Carpenters, apprenticeship, labor-management cooperation committees, vacation savings, and holiday plans shall be determined by the Council.

## MEETING NIGHTS

Section 20.

(A)  The meetings of this Council shall be held on the second Tuesday of each month at 7:00 p.m. and no business shall be transacted after 11:00 p.m. unless by a majority vote of the delegates present immediately after the reading of the Minutes.  However, the date and time of a regular meeting may be rescheduled or cancelled upon prior approval by majority vote of the delegates.  Special meetings may be called by the President and Executive Secretary-Treasurer upon written request of three (3) Local Unions, and the nature of the business shall be stated and no other business shall be transacted except that for which the meeting is called. The Executive Secretary-Treasurer shall notify each delegate of the Council in a reasonable amount to attend the meeting.

(B)  The Council must provide certain reports to the delegates at every regular meeting:

1.   Organizing Report

The Director of Organizing for the Council shall report to the delegates on organizing activities within the Council including, but not limiting his report to, industry targets, developments in ongoing programs, obstacles faced, and the involvement of volunteer organizing committees with Organizers in jobsite actions and house calling.

The report shall include specific targets, the specific number of job site actions, and the specific number of house calls made to nonunion carpenters since the last report, the names of any contractors signed and the number of members brought in with that contractor.

2.      Membership Retention Report

The Senior Business Representative, or a Service Representative appointed by the Executive Secretary-Treasurer, shall report to the delegates on membership retention efforts. The report, based on the Ultra Growth and Retention Report, will include, but is not limited to, the current number of members, the number of members initiated, on withdrawal, or transferred since the last report, and specifically the number of members brought in through organizing activities. For members leaving the Brotherhood, the report should include an overview of the reasons as well as all efforts at membership contact, including contacts to encourage membership participation, and contact to members in arrears or on withdrawal to encourage their continued membership.

3.      Political and Legislative Report

The Council Political Director shall report to the delegates on political organizing and legislative activities within the Council including, but not limiting his report to, political organizing activities, current legislation on the federal, state and local levels, and the involvement of volunteer organizing committees in the overall Council political program. When appropriate, the presentation will include political campaign activities, membership voter registration, membership voter education programs, and reports of contacts with government officials.

## FISCAL YEAR

Section 21.

All meetings of this Council shall be of executive session.

The Fiscal year for this Council shall be July 1st through June 30th. All accounts shall be audited and a complete financial report for the fiscal year brought forth by the auditing committee no later than ninety (90) days following the close of the fiscal year.

## OFFICERS' BOND

Section 22.

Every officer, agent or employee of the Council who handles funds and property thereof shall be bonded through the General Office for the faithful discharge of their duties.

## SPECIAL DISPENSATION

Section 23.

Any member incapacitated by old age or accident desiring special dispensation may make application for same through the Executive Committee of the Council.

## CHARGES AND TRIALS

Section 24.

The charges and trial procedures shall be as set forth in the Constitution of the United Brotherhood.

## INITIATION FEES

Section 25.

The initiation fee(s) in the Council shall be as determined by the Executive Committee with approval by the delegate body. Arrangements may be made for the payment of initiation fees by installments. The initiation fee for apprentices shall be in accordance with the Constitution and Laws of the United Brotherhood. Where an ex-member has violated any of the rules and laws of this Council and has been tried and found guilty of same and where a fine has been imposed, such fine must be paid before initiation.

## WORKING CARDS

Section 26.

The Council shall have the power to issue quarterly working cards to the Local Unions for each member of the United Brotherhood on the Local Unions' books. No member shall be entitled to receive a working card from a Local Union unless all arrearages for dues, fines and assessments are paid in full.

## REPRESENTATIVES AND ORGANIZERS

Section 27.

All Representatives and Organizers working in the jurisdiction of the Council shall be employed by and placed under the supervision and direction of the Executive Secretary-Treasurer of the Council. No Representative, Organizer or Special Representative shall have authority to act as such until he or she receives the proper credentials from the Council.

The Local Unions shall not be allowed to employ anyone other than clerical employees.

Any member who represents himself or herself as a Representative or any member acting as such and not having received credentials from the Council, or a Representative whose credentials have been canceled and who represents himself or herself as a Representative of the Council or any Local Union, shall for the first offense, after having been tried and found guilty, be fined a sum of fifty dollars ($50.00) and for the second offense, if found guilty, shall be expelled from the United Brotherhood.

## FURTHER OBJECTIVES

Section 28.

The Council shall have the authority to organize and operate a special Political Education Committee for the purpose of political objectives including, but not limited to, public relations, political activities and contributions and furtherance of legislation.

## LAWSUITS AGAINST THE COUNCIL

Section 29.

No member fined, suspended or expelled by action of the Council shall file any lawsuit against the Council, its officers or Representatives, or its affiliated Local Unions without first exhausting all appeal remedies provided for in these Bylaws and the Constitution and Laws of the United Brotherhood.

## AMENDMENTS

Section 30.

(A) Any amendments and changes to these Bylaws may be put into effect by the action of the delegates at a Special Convention of the Council.

(B) A proposed change must be submitted in writing by three (3) Local Unions with seal affixed provided that the Resolutions Committee consisting of three (3) or more members has reviewed and approved the resolution as to its legality in accordance with the Constitution and Laws of the United Brotherhood and the applicable collective bargaining agreement, and state and federal laws.

(C) All changes or proposed changes to the Bylaws or Trade Rules of this Council or any of the Local Unions shall be first referred to the Executive Committee for consideration and recommendation, and then referred to a Bylaws Committee, pending approval by the Council and in accordance with Section 11B of the Constitution and Laws of the United Brotherhood, the proposed changes must be submitted to the General Vice-President for approval.

## SEVERABILITY

Section 31.

If any section or part of these Bylaws shall be held invalid by operation of law or by any tribunal of competent jurisdiction, the remaining sections of these Bylaws shall not be affected thereby and shall remain in full force and effect.

## MISCELLANEOUS

Section 32.

(A) The Council by majority vote of the delegates present, either in regular or special session, shall have the authority to adopt operating procedures to govern the Council and all Local

11

Unions, and to enact all measures, resolutions, trade rules, instruction to members and Local Unions and all other actions that may be necessary to further the objectives and purposes of the Council.

(B) The Bylaws, Trade Rules and any other rules, resolutions and directives adopted by the Council shall govern and be binding on each Local Union.

(C) Any subject not covered by these Bylaws or the Trade Rules shall be governed by the Constitution of the United Brotherhood and nothing in these Bylaws shall in any way be construed to conflict with the Constitution and Laws of the United Brotherhood.

(D) The Executive Committee of the Council shall have the authority to call a Special Convention. Written notice of a Special Convention must be given to all delegates and the principal office of each Local Union at least thirty (30) days prior to such Convention. The delegates of any Special Convention of this Council shall consist exclusively of the delegates to this Council.

(E)  All current Bylaws of Locals must be submitted to the Council for approval. All Bylaws of Local Unions that are inconsistent with these Bylaws are superseded.

## JOB REFERRAL SYSTEM

Section 33.

The Executive Committee of the Council shall adopt, and all workers shall be governed by, uniform rules and/or procedures for the registration and/or referral to employment of unemployed workers. Workers shall have employment mobility throughout the territorial jurisdiction of the Council.

## DUTIES OF THE ASSISTANT EXECUTIVE SECRETARY-TREASURER

Section 34.

It shall be the duty of the Assistant Executive Secretary-Treasurer to assist the Executive Secretary-Treasurer in the performance of his or her duties as instructed.

## DUTIES OF THE DIRECTOR OF RESEARCH FOR JURISDICTIONAL DISPUTES

Section 35.

It shall be the duty of the Director of Research for Jurisdictional Disputes to research new construction job plans and specifications, establish facts and maintain a systematic file on work jurisdiction pertaining to the trade, and to disseminate the information to the Executive Secretary-Treasurer and the Executive Committee.

## WARDEN/CONDUCTORS AT SATELLITE LOCATIONS

Section 36.

The Warden/Conductors of the satellite locations shall assist in the orderly conduct of meetings consistent with their duties as required in the Constitution and Laws of the United Brotherhood of Carpenters and Bylaws.

## OFFICERS, ORGANIZERS AND REPRESENTATIVES COMPENSATION

Section 37.

(A) Compensation will be based on the highest hourly base wage rate payable in the jurisdiction of the Council as follows:

> Executive Secretary-Treasurer
> A weekly salary established by the Executive Committee not to exceed eighty-five percent (85%) of the UBC District Vice-President salary.
>
> Directors/Coordinators
> A weekly salary established by the Executive Secretary-Treasurer with approval of the Executive Committee.
>
> Representatives/Organizers
> A weekly salary established by the Executive Secretary-Treasurer with approval of the Executive Committee.

(B) In addition to the weekly salary provided, the Executive Secretary-Treasurer, the Directors, Coordinators, Representatives and Organizers will be entitled to all fringe benefits provided by the collective bargaining agreement.

(C) The salary wage rate base for the Executive Secretary-Treasurer, Directors, Coordinators, Representatives and Organizers shall be adjusted May 1st of each year. If economic contract negotiations are not finalized by May 1st, then the readjustment will be based upon what is in existence at the time and further readjustment(s) will be made as other economic negotiations are settled.

(D) Notwithstanding anything hereinabove to the contrary, all employees of the Council shall be on the payroll of the Council.

(E) All Directors, Coordinators, Representatives and Organizers shall be under the supervision and direction of the Executive Secretary-Treasurer, and they shall accept their written instruction accordingly. All Representatives and Organizers shall make such written reports as the Executive Secretary-Treasurer may require. All Representatives and Organizers shall be full time employees of this Regional Council. At the Executive Secretary-Treasurer's discretion, he may designate Directors, Coordinators, Representatives and

Organizers as Directors having additional supervisory responsibilities who shall also answer to the Executive Secretary-Treasurer in such capacities.

## TRIAL COMMITTEE

Section 38.

There shall be established a Trial Board consisting of eleven (11) members, who shall try all charges preferred to them in which violations of rules are alleged, subject to the following provisions: The Recording Secretary shall place their names in a ballot box and the Vice-President shall draw the same from the box and call the names aloud until five (5) have been drawn. The accused and the accuser shall have the option of each challenging up to any three (3) members of the Trial Committee; the member(s) so challenged shall not serve. When five (5) unchallenged members have been selected, they shall constitute the Trial Committee and the case shall be given to them for trial.

## BENEVOLENT FUND

Section 39.

The Benevolent Fund has been established pursuant to an assessment on each member and a contribution from the assets of the Local Unions which are affiliated with the St. Louis-Kansas City Carpenters Regional Council. The Benevolent Fund shall be administered by the Trustees of the St. Louis-Kansas City Carpenters Regional Council. An annual audit will be performed on the Benevolent Fund by the auditors for the St. Louis-Kansas City Carpenters Regional Council and the Fund shall be reported as an asset of the St. Louis-Kansas City Carpenters Regional Council on federal reporting forms and shall be subject to general creditors.

The purpose of said Benevolent Fund shall be to provide financial assistance in the amount of $75,000.00 to the beneficiary or beneficiaries of a member of this Council as named on the declaration statement with the St. Louis-Kansas City Carpenters Health and Welfare Fund. In order for such beneficiary or beneficiaries to be eligible to receive this benefit, the member must have died while performing bargaining-unit work for a signatory employer.

## ADDITIONAL MISCELLANEOUS

Section 40.

(A)  Representatives and Organizers may attend Executive Committee meetings, where they will have a voice but no vote.

(B)  The date and time of a regular Council meeting may be rescheduled or cancelled upon prior approval by a majority vote of the delegates.