# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL )<br><br>    Plaintiff(s),<br><br>    vs.<br>ALBERT BOND, INTERRAIL OUTDOOR, LLC and<br>FOXPOINT INTERACTIVE, LLC<br><br>    Defendant(s). | Case No. 4:22-cv-00291 |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __Plaintiff__ hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):

    N/A

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

    N/A

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

    N/A

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

/s/ James G. Martin
Signature (Counsel for Plaintiff/Defendant)
Print Name: James G. Martin
Address: 7733 Forsyth Blvd., Ste.1900
City/State/Zip: St. Louis, MO  63105
Phone: (314) 889-7300

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: __March 10__, 20__22__.

/s/ James G. Martin
Signature