### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, ) ) ) Plaintiff, ) ) v. ) ) ALBERT BOND, ) INTERRAIL OUTDOOR, LLC, and ) FOXPOINT INTERACTIVE, LLC, ) ) Defendants. ) | Case No. 4:22-cv-00291<br><br>**JURY TRIAL DEMANDED** |

### AMENDED NOTICE OF FILING

To:  Jonathan M. Gould        James G. Martin
     7357 Providence Dr.       Dowd Bennett LLP
     Edwardsville, IL  62025   7733 Forsyth Blvd., Suite 1900
     gouldj77@icloud.com       Clayton, MO  63105
                               jmartin@dowdbennett.com

**PLEASE TAKE NOTICE** that on **March 24, 2022** the undersigned electronically filed with the Clerk of the United States District Court, Eastern District of Missouri, Plaintiff's Response to Jonathan Gould's Motion to Intervene.  A true and correct copy served upon you via electronic transmission and/or U.S. Mail.

Respectfully Submitted,

By:   /s/ Terrance B. McGann         _
      One of the Attorneys for Plaintiff

### CERTIFICATE OF SERVICE

The undersigned, Terrance B. McGann, an attorney, hereby certifies that he caused the foregoing Plaintiff's Response to Jonathan Gould's Motion to Intervene to be served upon you via electronic transmission and/or U.S Mail on March 24, 2022.

/s/ Terrance B. McGann