UNITED STATED DISTRICT COURT
FOR THE
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT BOND, INTERRAIL OUTDOOR, LLC and FOXPOINT INTERACTIVE, LLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No.:  4:22-cv-00291 SEP <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT ALBERT BOND'S REQUEST FOR EXTENSION OF
TIME TO FILE RESPONSIVE PEADING**

COMES NOW Defendant Albert Bond, by and through counsel John H. Goffstein, and hereby requests thirty (30) additional days from the time his responsive pleading was due up to and including May 4, 2022, to file a responsive pleading or appropriate motion in response to Plaintiff's Complaint.  Plaintiff's counsel has consented to this extension.

Respectfully submitted,

GOFFSTEIN LAW, LLC


/s/John H. Goffstein
John H. Goffstein, #MO19143
225 S. Meramec Avenue, Suite 402
Clayton, Missouri  63105
(314) 932-1919 – Office
(314) 932-5048 - Facsimile
adam@goffsteinlaw.com

Attorney for Defendant Bond

**CERTIFICATE OF SERVICE**

      On this __30th__ day of _March_, 2022, the undersigned hereby certifies that a copy of Defendant Albert Bond's Request for Extension of Time to File Response Pleading was electronically filed with the Courts ECF system which will also email said document to all attorneys of record.

                                                        /s/John H. Goffstein