# Constitution

*of the*

## United Brotherhood of Carpenters and Joiners of America

## and Rules for Subordinate Bodies Under its Jurisdiction



### Established August 12, 1881

Constitution as Amended at the

42nd General Convention

Effective October 1, 2020

**ORDER OF BUSINESS**

1. Call the Meeting to Order.
2. Warden, Take Charge of the Door.
3. Salute the Flag.
4. Roll Call of Officers by the Recording Secretary.
5. Reading of Minutes.
6. Report of New Members Initiated or Transferred in Since Last Meeting.
7. Communications and Bills.
8. Reports of Accidents, Sickness or Death.
9. Appropriations of Money (Drawing Orders for Bills).
10. Reading by President of Receipts from General Secretary-Treasurer for Moneys Sent to the General Office (and from Councils where such exists).
11. Election and Installation of Officers.
12. Reports of Officers, Delegates and Committees.
13. Good of the Order.
14. Any Member Out of Work?
15. Can Anyone Report Where Members May Procure Employment?
16. Unfinished Business.
17. New Business.
18. Detailed Receipts and Expenses (to be read by the Secretaries).
19. Adjournment.

## TABLE OF CONTENTS

| Section | Page |
|---|---|
| 1. Name of Organization | 1 |
| 2. Objects | 1 |
| 3. Our Principles | 2 |
| 4. General Office Headquarters | 3 |
| 5. Affiliations | 3 |
| 6. Jurisdiction | 4 |
| 7. Trade Autonomy | 6 |
| 8. Laws | 7 |
| 9. General Officers and Elections | 7 |
| 10. General President | 10 |
| 11. General Vice President and Second General Vice President | 13 |
| 12. General Secretary-Treasurer | 14 |
| 13. Board of Trustees | 16 |
| 14. General Executive Board | 18 |
| 15. Supplies for Local Unions | 23 |
| 16. Revenue | 23 |
| 17. General Convention | 23 |
| 18. Order of Procedure | 26 |
| 19. Duties of Officers at Convention | 26 |
| 20. General President | 26 |
| 21. General Secretary-Treasurer | 27 |
| 22. General Executive Board | 27 |
| 23. Board of Trustees | 27 |
| 24. Period Covered by Reports | 27 |
| 25. Jurisdiction and Powers of Local Unions | 27 |
| 26. Jurisdiction and Powers of District and Regional Councils | 29 |
| 27. Jurisdiction of State and Provincial Councils | 32 |
| 28. Jurisdiction of Auxiliary Unions | 33 |
| 29. Admission of Local Unions | 33 |
| 30. Suspended and Lapsed Local Unions and Councils | 33 |
| 31. Nomination, Election and Appointment in Subordinate Bodies | 34 |
| 32. Vacancies in Local and Council Offices | 39 |
| 33. Duties of President of Local Union | 40 |
| 34. Duties of Vice President of Local Union | 41 |

**Section**                                             **Page**

35. Duties of Recording Secretary of Local Union ................... 41
36. Duties of Financial Secretary of Local Union .................... 42
37. Duties of Treasurer of Local Union ................................. 43
38. Duties of Conductor of Local Union ................................ 44
39. Duties of Warden of Local Union .................................... 44
40. Duties of Trustees of Local Union .................................. 44
41. Duties of Committees of Local Union .............................. 46
42. Qualifications for Membership ........................................ 46
43. Apprenticeship ............................................................. 49
44. Admission of Members .................................................. 50
45. Finances and Dues ....................................................... 53
46. Transfers .................................................................... 61
47. Resignation of Members ............................................... 63
48. Members Entitled to Funeral Donations ........................... 65
49. Application for Donations .............................................. 67
50. Reduced Dues ............................................................. 67
51. Offenses and Penalties ................................................. 68
52. Charges and Trials ....................................................... 70
53. Appeals and Grievances ................................................ 75
54. Funds of Local Unions .................................................. 78
55. General Strikes and Lockouts ........................................ 80
56. Label ......................................................................... 81
57. Amendments ............................................................... 84
58. Property ..................................................................... 86
59. Pension Plan ............................................................... 87
60. Codification ................................................................ 88
Standing Decisions of the General Executive Board ................. 89
Parliamentary Rules ........................................................... 90
Obligation ........................................................................ 94
Installation Ceremony ......................................................... 96
Platform .......................................................................... 97

## NAME OF ORGANIZATION

**A** Section 1. This organization shall be known as the United Brotherhood of Carpenters and Joiners of America and shall consist of an unlimited number of Local Unions, Councils, and members subject to its laws and usages and shall not be dissolved while there are three (3) dissenting Local Unions.

**B** The following abbreviations, when used in the United Brotherhood, shall have these meanings, viz:

U. B., U. B. C., or United Brotherhood—
United Brotherhood of Carpenters and Joiners of America.
G. E. B.—General Executive Board.
B. of T.—Board of Trustees.
S. C.—State Council.
P. C.—Provincial Council.
D. C.—District Council.
R. C.—Regional Council.
G. P.—General President.
G. V. P.—General Vice President.
2nd G. V. P.—Second General Vice President.
G. S. T.—General Secretary-Treasurer.
D. V. P.—District Vice President.
L. U.—Local Union.
R. S.—Recording Secretary.
F. S.—Financial Secretary.
G. O.—General Office.
B. R.—Business Representative.

## OBJECTS

Section 2. The objects of the United Brotherhood are: to organize workers; to encourage an apprenticeship system and a higher standard of skill; to develop, improve and enforce the program and standards of Occupational Safety and Health; to cultivate friendship; to develop good public relations in the community; to assist each other to secure employment; to reduce the hours of daily labor;

to secure adequate pay for our work; to establish a weekly pay day; to promote the establishment of fringe benefit plans for our members through the collective bargaining process; to coordinate bargaining toward the goal of taking wages out of competition and by legal and proper means to elevate the moral, intellectual and social conditions of all our members; and to improve the trade in every way possible.

## OUR PRINCIPLES

## UNION-MADE GOODS

Section 3. Members of this organization should make it a rule to purchase goods and services which bear the trademark of organized labor or are made or provided by union members, and to support businesses and individuals that respect and honor the goals and principles of the labor movement.

## LABOR LEGISLATION

It is of the greatest importance that members should vote intelligently, hence the members of this Brotherhood shall strive to secure legislation in favor of those who produce the wealth of the country, and all discussions and resolutions in that direction shall be in order at any regular meeting.

## LABOR DAY

The working men and women of the United States and Canada are honored each year on Labor Day. Labor Day is of special significance to the members of the United Brotherhood because its founder (Peter J. McGuire), the father of Labor Day, was a General Officer of the United Brotherhood. We, therefore, urge each member and each subordinate body of the United Brotherhood to observe Labor Day in a manner appropriate to its purpose and urge each member to participate as fully as may be possible in Labor Day programs in which his or her Local Union takes part.

## FAITHFUL WORK

We hold it as a sacred principle that Trade Unionists, above all others, should set a good example as good and faithful workers, performing their duties to their employers with honor to themselves and their organization. We do not recognize the practice of grading skilled workers.

## SHORTER HOURS OF LABOR

We hold a reduction of hours for a day's work increases the intelligence and happiness of the laborer, and also increases the demand for labor and the price of a day's work. We advocate the adoption of the Five-Day, Thirty-Hour Work Week and urge all Local Unions to put this into effect as soon as possible.

## OTHER INTERESTS

We recognize that the interests of all labor are identical regardless of occupation, sex, nationality, religion, or color, for a wrong done to one is a wrong done to all. We oppose all unlawful discrimination and harassment against workers, whether based on race, gender, nationality, sexual orientation, or any other unlawful basis. We object to prison contract labor because it puts the criminal in competition with honorable labor for the purpose of cutting down wages, and also because it helps overstock the labor market.

## GENERAL OFFICE HEADQUARTERS

Section 4. The General Office Headquarters of the United Brotherhood shall be located in Washington, D.C.

## AFFILIATIONS

Section 5. If the International Body is affiliated with the AFL-CIO and the Canadian Labour Congress, Local Unions, with the consent of their affiliated Council, and Councils may affiliate with the appropriate Central, State and Provincial Bodies of the AFL-CIO and the Canadian Labour Congress. Tax to the AFL-CIO and

Canadian Labour Congress is to be paid directly from the General Office. If the International Body is affiliated with the AFL-CIO and the Canadian Labour Congress, Local Unions, with the consent of their affiliated Council, and Councils may affiliate with all Provincial, State and Local Building and Construction Trades Councils where such bodies exist. The General Executive Board may affiliate the United Brotherhood with or disaffiliate the United Brotherhood from any coalition, federation or other group of labor organizations if the Board determines that such affiliation or disaffiliation is in the best interest of the United Brotherhood and its members.

## JURISDICTION

**A** Section 6. The jurisdiction of the United Brotherhood of Carpenters and Joiners of America shall include all branches of the Carpenter and Joiner trade and any kind of work being performed by any members of the United Brotherhood. In it shall be vested the power through the International Body to establish and charter subordinate Local and Auxiliary Unions, District, Regional, State and Provincial Councils in all branches of the trade, and its mandates must be observed and obeyed at all times.

In view of technological developments and diversification, no type of employment category shall be excluded from the jurisdiction of the United Brotherhood, whether or not spelled out in Section 7.

The United Brotherhood is empowered, upon agreement of the Local Unions and Councils directly affected, or in the discretion of the General President subject to appeal to the General Executive Board, where the General President finds that it is in the best interests of the United Brotherhood and its members, locally or at large, to establish or dissolve any Local Union or Council, to merge or consolidate Local Unions or Councils, to establish or alter the trade or geographical jurisdiction of any Local Union or Council, to form Councils and to permit, prohibit or require the affiliation with or disaffiliation from any Council by any Local Union, including the right to establish statewide, province wide and regional Local

Unions or Councils having jurisdiction over specified branches or subdivisions of the trade. When action is taken pursuant to this Section to establish or dissolve any Local Union or Council, to merge or consolidate Local Unions or Councils or to establish or alter the trade or geographical jurisdiction of any Local Union or Council, the General President shall have authority to transfer members from any Local Union to any other Local Union. The vested rights of the members shall be preserved and where action as herein described is taken, the General President and General Executive Board shall preserve the membership rights of the members of affected Local Unions, including their right to attend and participate in meetings, to vote, to nominate candidates and to be nominated and run for office. In connection with the foregoing, the General President may, upon finding it appropriate, appoint a committee to hold hearings upon due notice to directly affected Local Unions or Councils, and make findings and recommendations.

**B**   The right is reserved to the United Brotherhood through the International Body to regulate and determine all matters pertaining to the various branches and subdivisions of the trade. The General President may designate subdivisions of the trade and may provide such support as he deems appropriate to further the interests of the United Brotherhood and its membership in such trade subdivisions.

**C**   To subordinate Local or Auxiliary Unions, District, Regional, State and Provincial Councils the right is conceded to make necessary laws for Locals and District, Regional, State and Provincial Councils which do not conflict with the laws of the International Body.

**D**   The United Brotherhood of Carpenters and Joiners of America shall have the right to establish trusteeship over and to conduct the affairs of any subordinate body (including the removal of any or all officers of such subordinate body) to correct financial irregularities or to assure the performance of collective bargaining agreements and the responsibility of the subordinate body as a bargaining agent or to protect the interests and rights of the members or whenever

the affairs of the subordinate body are conducted in such a manner as to be detrimental to the welfare of the members and to the best interests of the United Brotherhood, or for reason(s) set forth in § 302 of the Labor Management Reporting and Disclosure Act of 1959, as amended ("LMRDA"), 29 USC 462, subject, however, to the provisions of Paragraph H of Section 10. The authority granted to the United Brotherhood herein includes the authority to establish trusteeship to prevent secession or disaffiliation by any subordinate body or bodies.

**E** The United Brotherhood shall enact and enforce laws for its government and that of subordinate Locals and Auxiliary Unions and District, Regional, State and Provincial Councils and members thereof.

## TRADE AUTONOMY

**A** Section 7. The broad, evolving trade autonomy of the United Brotherhood of Carpenters and Joiners of America includes at its core, but is not limited to, the milling, fashioning, joining, assembling, erection, fastening or dismantling of all material of wood, plastic, metal, fiber, cork and composition, and all other substitute materials, as well as the handling, cleaning, erecting, installing, repair, renovation, maintenance, and dismantling of all machinery, equipment and all materials used by members of the United Brotherhood.

**B** Our claim of jurisdiction, therefore, covers all kinds of work being performed by members of the United Brotherhood and includes, but is not limited to, the following classifications: Carpenters and Joiners; Millwrights; Pile Drivers, Bridge, Dock and Wharf Carpenters, Divers, Underpinners, Timber Workers and Core Drillers; Shipwrights, Boat Builders, Ship Carpenters, Joiners and Caulkers; Cabinet Makers, Bench Hands, Stair Builders, Mill and Factory Workers; Scaffold Erectors; Renewable Energy Installers; Wood and Resilient Floor Layers and Finishers; Carpet Layers; Concrete Polishers; Shinglers, Siders; Roofers; Insulators; Acoustic and Drywall Applicators and Drywall Finishers; Shorers and House

Movers; Loggers, Lumber and Sawmill Workers; Furniture Workers; Reed and Rattan Workers; Shingle Weavers; Casket and Coffin Makers; Box Makers, Railroad Carpenters and Car Builders; Show, Display and Exhibition Workers; and Lathers, regardless of material used; also Public Sector Workers, Health Care Workers, Tile, Marble and Terrazzo Industry Workers and Aerospace Workers; and all those engaged in the operation of woodworking or other machinery required in the fashioning, milling or manufacturing of products used in the trade, or engaged as helpers to any of the above divisions or subdivisions, and the handling, erecting and installing material on any of the above divisions or subdivisions; burning, welding, rigging and the use of any instrument or tool for layout work, incidental to the trade; the erection and placement of all materials used in lathing procedures; and all work with and on robotics, included but not limited to, rigging, handling, installing, maintaining, programming, and use of all stationary and/or portable robots; this includes the use of all robots used in any industry, including the nuclear field. When the terms "carpenter(s)" or "carpenter(s) and joiner(s)" are used, it shall mean all the divisions and subdivisions of the trade.

## LAWS

**A**  Section 8. The Constitution of this organization shall include general laws of the United Brotherhood and rules for subordinate bodies under its jurisdiction. The terms "Constitution" and "Constitution and Laws" shall have the same meaning. All references in the Constitution to the masculine gender shall automatically include all members.

**B**  The Constitution and Laws can be amended or altered in conformity with the provisions of Section 57, except as provided for in Section 14A.

## GENERAL OFFICERS AND ELECTIONS

**A**  Section 9. General Officers of the United Brotherhood shall consist of a General President, General Vice President, Second

General Vice President, a General Secretary-Treasurer, and one District Vice President from each district of the United Brotherhood, who shall be exempt from all duties in their respective Local Unions.

**B** The General Officers shall be elected at the General Convention by a plurality vote of the delegates present and voting by secret ballot. The nominations shall be made on the third day of the first week of the Convention, and the election shall be held on the fourth day of the first week of the Convention.

**C** The election shall be conducted by an Election Committee, the members of which shall be appointed by the General President. No nominee for General Office shall be eligible to serve on said Committee. Upon completion of the tabulation of the votes, the Election Committee shall report to the General President the names of the General Officers elected and same shall be reported to the Convention, and those elected shall hold office for a term of five (5) years or until their successors are duly chosen and qualified, whichever is later. Each newly elected officer shall be administered the oath of office at the General Convention and shall officially assume his office 45 days after the election or, in the event of an earlier vacancy, at the time such vacancy occurs.

**D** A member to be eligible for nomination and election as a General Officer must be present at the time of nomination, or in the anteroom on authorized business, or out on official business, or prevented by accident or sickness or other substantial reason from being present in which case the candidate shall submit a letter of acceptance if nominated, nor shall the member be eligible unless working for a livelihood in a classification within the trade autonomy of the United Brotherhood as defined in Section 7 or in employment which qualifies him or her for membership, or is depending on the trade for a livelihood, or is employed by the organization as a full-time officer or representative; provided, further, that members who are life members, apprentices, trainees or probationary employees shall not be eligible. A member must have been twelve

(12) consecutive months a member in good standing in his or her Local Union and a member of the United Brotherhood of Carpenters and Joiners of America for five (5) years immediately prior to nomination. The member shall be required to establish eligibility to the Election Committee to qualify under these provisions of the Constitution and Laws at the time of nomination. To be eligible for nomination or election as a General Officer, a member must meet the requirements of Section 31D.

**E**  No General Officer or Representative of the United Brotherhood, or member in their capacity as an appointee serving under § 14 (D) or § 10 (H), shall be subject to charges or trial in any Local Union or Council.

**F**  Where charges are filed against a General Officer or representative of the General Office of the United Brotherhood, the Executive Committee of the District Council or the Local Union may dismiss the charges, or the charges shall be referred by the District Council or Local Union to the General Executive Board. The General Executive Board may conduct an investigation and hearing and dismiss the charges or, in the case of a General Officer, if it finds upon the entire record that the accused has violated the Constitution and Laws, may issue a reprimand or may, by a two-thirds vote, recommend suspension from office. No General Officer shall be fined or expelled and no General Officer shall be suspended from office except by a majority vote of the members voting in a general vote of the United Brotherhood taken in accordance with the Constitution and Laws; provided, however, that the General Executive Board may suspend the accused pending determination of the charges by a two-thirds vote of the General Executive Board. Prior to any general vote taken under this Section, all Local Unions shall receive a copy of the charges, a summary of the evidence and position of the parties, and a report of the findings and recommendations of the General Executive Board, if any, and the same shall be fully published to the membership. If the General Executive Board finds a Representative

guilty of charges, the Board may fine, suspend or expel the Representative and/or terminate his or her employment. The authority so granted to the Board does not supersede the authority of the General President to terminate a Representative.

## GENERAL PRESIDENT

**A** Section 10. The General President shall issue and sign all charters, may grant dispensations in extraordinary cases and may fill any vacancies among the General Officers by consent of a majority of the General Executive Board. The General President shall have the authority to appoint any member as a Representative to assist in carrying on the affairs of the United Brotherhood. Such representative shall have the same qualifications as those required by General Officers. When directed by the General President, the Representative shall assist and advise the officers and Business Representatives of Local Unions and Councils. They shall also perform such other duties as directed by the General President. The compensation for Representatives shall be fixed by the General President.

**B** The General President may personally, or by deputy, take possession for examinations of all books, papers and other records, including all financial records, of any Local Union, Council, or other subordinate body, summarily when necessary, and the same shall remain in possession of the General President within the jurisdiction of the Local Union, Council, or other subordinate body until a complete report has been made and filed. During said examination, a representative of the Local Union, Council, or other subordinate body may be present. The General President may direct that an affiliated subordinate body have a proper audit performed by a qualified professional. All affiliated subordinate bodies shall be required to develop "best practices" procedures regarding expenditures and use of union resources. Each affiliated subordinate body shall be required to send appropriate member(s) and representative(s) to attend training provided by the UBC on such matters as best practices or on any other matter or issue as may be directed by the General President.

**C**   The General President may issue charters to Auxiliary Unions.

**D**   The General President may authorize the formation of Retiree Clubs composed of retired members of the United Brotherhood no longer working at the trade.

**E**   The General President shall appoint a permanent Financial Oversight Committee comprised of Local Union and Council representatives, and all other committees unless otherwise provided. All members of the Financial Oversight Committee shall be appointed for a three-year term and shall not serve consecutive terms. The General President shall designate a member of the Financial Oversight Committee as chair for a one-year period, and no member shall serve consecutive periods as chair. The compensation of all members of committees shall be regulated by the General Executive Board.

**F**   The General President shall have the authority to decide all points of law, grievances and election appeals, under Section 53G, except funeral donations. All other appeals shall be decided by the Appeals Committee established in Section 53, except as otherwise provided. The General President shall have the power to suspend any Local Union or Council for violation of the Constitution and Laws of the United Brotherhood, or for willfully or directly violating the Constitution and Laws or principles of this United Brotherhood, or acting in such a manner as to undermine its welfare, after due notice and hearing and subject to an appeal to the General Executive Board by the subordinate body involved.

**G**   The General President shall supervise the entire interest of the United Brotherhood, and perform such other duties as the Constitution and Laws of the United Brotherhood may require, and may, by virtue of the office, be a delegate to the Conventions of the AFL-CIO and the Building and Construction Trades Department, and such other Departments with which the United Brotherhood is affiliated, and shall submit a quarterly report to the General Executive Board and shall also submit monthly to the General Secretary-Treasurer an itemized account of all moneys expended by the General President on behalf of the United Brotherhood.

**H** Whenever it appears to the satisfaction of the General President that any Local Union or member thereof, or any Council or member thereof, is acting contrary to the welfare of the United Brotherhood of Carpenters and Joiners of America, or that trusteeship should be established over the conduct of the affairs of any subordinate body as set forth in Section 6D, the General President may appoint a committee to hold a hearing, after due notice to such subordinate body or member. Upon completion of the hearing, the committee shall report its findings and recommendations to the General Executive Board and to the member or subordinate body involved. The General Executive Board is empowered to take such action as is necessary and proper for the welfare of the United Brotherhood of Carpenters and Joiners of America, subject, however, to the right of appeal to the next General Convention, to the extent permitted by Section 53G. If the General President determines that an emergency situation exists, the General President may appoint a representative to assume trusteeship over any Local Union or Council pending the holding of a hearing and the completion of the proceedings as provided for in this Section.

**I** Where an Auxiliary, Local Union, or Council has asked the assistance of the General Office, the General President may, with the consent of the General Executive Board, make settlement with employers, and the said Auxiliary, Local Union, or Council must accept the same.

**J** Whenever, in the judgment of the General President, subordinate bodies or the members thereof are working against the best interests of the United Brotherhood, or are not in harmony with the Constitution and Laws of the United Brotherhood, the General President shall have the power to order said body to disband under penalty of suspension.

**K** The General President shall have the power to grant dispensation on all matters that will be beneficial to the United Brotherhood.

**L** No two subordinate bodies of the Brotherhood shall negotiate for the same contract with the same employer, but if two

subordinate bodies do open negotiations, the General President shall designate the proper bargaining unit of the Brotherhood, which shall complete negotiations for said contract.

**M** The General President shall have authority to appoint interim officers and delegates of newly established, consolidated or merged Local Unions or Councils.

**N** The General President shall have the authority to develop policies regarding the UBC membership processing system and other computer and technological matters pertaining to the United Brotherhood, which shall be binding on all Local Unions and Councils affiliated with the United Brotherhood.

**O** The General President shall have the authority to repudiate any jurisdictional agreement entered into by any subordinate body.

## GENERAL VICE PRESIDENT AND SECOND GENERAL VICE PRESIDENT

**A** Section 11. The General Vice President, under the supervision of the General President, shall render such assistance to the General President as may be required and by virtue of the office may be a delegate to the Convention of the Union Label and Service Trades Department, AFL-CIO. In case of a vacancy in the office of the General President, the General Vice President shall become the General President and perform the duties of that office.

**B** The General Vice President shall maintain headquarters at the General Office. The duties of the office shall be to examine and approve or disapprove of all Local Union and Council Laws. The General Vice President shall have charge of and issue the Label and keep a record of same in accordance with the Constitution and Laws of the United Brotherhood, also keep a record of all union and nonunion shops, mills and factories, their wages, hours and conditions for the General Office. This information shall be made available to Local Unions, Councils, Representatives, and Business Representatives. The General Vice President shall perform such other duties as may be assigned by the General President.

**C** The Second General Vice President shall render such assistance to the General President as may be required and in case of a vacancy in the office of the General Vice President, shall assume that office and perform the duties of same.

**D** The Second General Vice President shall assist the General President in the discharge of the duties of that office. In the absence of the General President and General Vice President from the General Office, the Second General Vice President shall perform the duties of the General President and when not engaged at the General Office shall devote full time to the interest of the United Brotherhood under the direction of the General President. In the event of a vacancy in the office of Second General Vice President, the General President may appoint a member to fill the vacancy by consent of a majority of the General Executive Board.

## GENERAL SECRETARY-TREASURER

**A** Section 12. The General Secretary-Treasurer shall have the following responsibilities: preserve all important records, correspondence and documents relating to the business of the United Brotherhood; conduct all official correspondence pertaining to the office; sign all charters, if in proper order; have charge of the seal of the United Brotherhood, and affix it to all important official documents; keep a record of membership status of the United Brotherhood's members; receive all moneys due from Local Unions and other sources, giving credit for same; deposit all funds in the name of the United Brotherhood of Carpenters and Joiners of America in such banks or other financial institutions as may be designated by the General Executive Board; invest the funds of the United Brotherhood in accordance with the Investment Policies approved by the General Executive Board; make disbursements for general operating expenses, claims and bills legally due and those authorized by the General Executive Board, in accordance with the Disbursement Policies approved by the General Executive Board and using checks or similar instruments that are signed by the General Secretary-Treasurer and countersigned by the General

President or General Vice President, or by those fiduciaries designated by the General President and approved by the General Executive Board or through the use of electronic transfers; examine and pay donation claims in accordance with the Laws of the United Brotherhood, order Local Unions to furnish such evidence and information as may be required to render decisions in donation claims, and may retain such evidence and papers on file as the case may warrant, furnishing copies upon the request of the Local Union; keep a correct financial account between Local Unions and the United Brotherhood, notifying the Local Unions when two months in arrears, before the fifteenth day of the third month; submit an itemized statement of revenues and expenses of the United Brotherhood to the General Executive Board at the quarterly meetings, submit to them all books and vouchers pertaining to the office of the General Secretary-Treasurer for inspection and deliver to the General Executive Board all such books and vouchers when called on to do so; and perform such other duties as the General Executive Board may require. The General Secretary-Treasurer shall employ clerical assistance in the office of the General Secretary-Treasurer at reasonable salaries payable from the General Fund. The General Secretary-Treasurer shall assist the General President in the discharge of the duties of that office and shall perform such other duties as may be assigned by the General President. In the absence of the General President, the General Vice President, and the Second General Vice President, from the General Office, the General Secretary-Treasurer shall perform the duties of the General President under the direction of the General President and, when not engaged at the General Office, shall devote full time to the interest of the United Brotherhood under the direction of the General President. In the event of a vacancy in the office of the General Secretary-Treasurer, the General President may appoint a member to fill the vacancy by consent of a majority of the General Executive Board.

**B**    The General Secretary-Treasurer shall publish "The Carpenter" magazine pursuant to the schedule decided by the General

Executive Board and deliver a copy of same by electronic mail to an electronic mail address or to the home address of each member; publish and forward to the Secretary of each Local Union a quarterly Financial Statement of revenues and expenses; compile, and make available to each Local and Council, directory information including the addresses and meetings of Local Unions and Councils.

**C** The General Secretary-Treasurer shall print the Constitution and Laws of the United Brotherhood in English and any other appropriate language as approved by the General Executive Board, and the interpretation of the Constitution and Laws in the English language shall be the only one by which the United Brotherhood shall be governed.

**D** The General Secretary-Treasurer shall make an annual report and shall perform such other duties as are required by the Constitution and Laws of the United Brotherhood. The General Secretary-Treasurer may, by virtue of the office, be a delegate to the Conventions of the AFL-CIO and Building and Construction Trades Department.

## BOARD OF TRUSTEES

**A** Section 13. The General President, General Vice President, Second General Vice President, General Secretary-Treasurer, and the District Vice Presidents shall, by virtue of their office, constitute a Board of Trustees for the management and control of the Headquarters and real estate of the United Brotherhood of Carpenters and Joiners of America in the City of Washington, D.C. and elsewhere.

**B** By virtue of their office, the General President shall be Chairperson and the General Secretary-Treasurer shall be Secretary of the Board of Trustees and it shall be their duty to keep a record of the meetings of the Board of Trustees.

**C** The said Board of Trustees shall make a report to the General Convention of all business transacted in connection with the

Headquarters and the real estate of the United Brotherhood of Carpenters and Joiners of America.

**D**   The said Board of Trustees shall authorize the General President and General Secretary-Treasurer to pay all legitimate expenses in connection with said Headquarters and real estate, subject to examination and approval of the Board when in session.

**E**   The title of the Headquarters and real estate now held by this United Brotherhood, or which may be hereafter acquired, shall be vested by proper conveyance in said Board of Trustees and their successors in office, to be held by said Board of Trustees in trust for the sole use, benefit and behalf of this United Brotherhood of Carpenters and Joiners of America or in the name of the United Brotherhood of Carpenters and Joiners of America.

**F**   Said Board of Trustees shall have the management and control of all property, to sell, rent, lease and improve the same in such manner as the majority of said Trustees shall direct. However, the Headquarters or real estate on which it is located shall not be sold, conveyed or encumbered except in accordance with the following steps: (1) a Headquarters Oversight Committee shall be appointed, including the members of the permanent Financial Oversight Committee and seven additional members from among officers or representatives of affiliated subordinate bodies of the United Brotherhood; (2) the Headquarters Oversight Committee, exercising fiduciary responsibility, shall independently review the proposed sale, conveyance or encumbrance and report their recommendation in writing to the Board of Trustees; (3) approval shall be obtained by a secret ballot vote of the combined committees of the Board of Trustees, the Financial Oversight Committee, and the additional seven members representing various Councils and Locals of the Brotherhood, or by a majority vote of the membership of the United Brotherhood voting in a referendum vote taken in accordance with the Laws of the United Brotherhood.

**G**   All legitimate expenditures in connection with said Headquarters and real estate shall be paid by the General Secretary-Treasurer

out of the funds of the United Brotherhood in accordance with the Constitution and Disbursement Policies approved by the General Executive Board.

**H**   All income received from rents, lease or sale of said property, or any part thereof, shall be received by the General Secretary-Treasurer as provided for in the Constitution and Laws of the United Brotherhood of Carpenters and Joiners of America, and shall become a part of the General Fund of the United Brotherhood of Carpenters and Joiners of America. An accounting of all such receipts and expenses shall be published in the regular quarterly Financial Statement submitted by the General Secretary-Treasurer to the Local Unions.

**I**   Members of the Board of Trustees shall receive no additional compensation for their services in connection with the management of the Headquarters and real estate.

## GENERAL EXECUTIVE BOARD

**A**   Section 14. The General Executive Board between Conventions, in addition to the powers set forth elsewhere in the Constitution and Laws, shall exercise all the executive and judicial power and authority of the United Brotherhood, except such power or authority as may be specifically delegated by the Constitution and Laws to General Officers and Trustees. The General Executive Board shall have authority to determine the number of District Vice Presidents, the number of Districts, the geographical area of the Districts and to make appropriate provisions for the administration of the various Districts.

**B**   One member of the General Executive Board shall be elected from each District. Unless altered by the General Executive Board, the Eastern District shall consist of Connecticut, Delaware, District of Columbia, Maine, Maryland, Massachusetts, New Hampshire, New Jersey, New York, Pennsylvania, Puerto Rico (provided that the millwright jurisdiction shall be in the Southern District), Rhode Island, Vermont, Virginia, and West Virginia. The Midwestern

District shall consist of Illinois, Indiana, Iowa, Kansas, Kentucky, Michigan, Minnesota, Missouri, Nebraska, North Dakota, Ohio, South Dakota and Wisconsin. The Southern District shall consist of Alabama, Arkansas, North and South Carolina, Florida, Georgia, Louisiana, Mississippi, Oklahoma, Tennessee, Texas, Canal Zone, Virgin Islands, and Puerto Rico (provided that the millwright jurisdiction only shall be in the Southern District). The Western District shall consist of Alaska, Arizona, California, Colorado, Hawaii, Idaho, Montana, Nevada, New Mexico, Oregon, Utah, Washington, and Wyoming. The Canadian District shall consist of the entire country of Canada.

**C** The General Executive Board shall be composed of the General President, General Vice President, Second General Vice President, General Secretary-Treasurer, and one District Vice President from each of the above districts of the United Brotherhood, who between Board meetings shall devote their entire time to the interest of the United Brotherhood, under the supervision of the General President. The General President shall chair the General Executive Board and the General Secretary-Treasurer shall be its Secretary; they shall hold quarterly meetings, or when required, and shall hold special meetings at the call of the Chair. All correspondence and appeals for the General Executive Board shall be sent to the General Secretary-Treasurer, who shall present same at the next regular meeting of the Board. No General Officers shall vote on decisions rendered by themselves. Proceedings of the General Executive Board shall be published in digital form and sent directly to Local Unions and District, Regional, State and Provincial Councils.

**D** The General Executive Board shall decide points of law and appeals that may be submitted to it. An appeal to the General Convention shall not operate as a stay of the decision of the General Executive Board except, however, that the General Executive Board shall have the authority to grant a stay of its decision or a decision of the Appeals Committee when in its judgment such action is warranted. A member of the General Executive Board may file charges

alleging a violation of the Constitution and Laws against any officer or member of any subordinate body, and the processing and trial of such charges shall be conducted under procedures to be established by the General Executive Board. The Chairperson of the General Executive Board shall, from time to time, designate members of the United Brotherhood to serve on a panel which shall constitute a standing Trial Committee, of which any three (3) or more members may be designated to conduct trial of a case. In all such trials, a complete record of the proceedings shall be made. An accused found guilty of violating the Constitution and Laws may be fined, suspended or expelled by majority vote of the Trial Committee subject, however, to appeal to the General Executive Board and the Convention. Appeal of any such decision must be filed with the Secretary of the General Executive Board within thirty (30) days from the date on which notice of the Trial Committee verdict or penalty is mailed to the accused. During the period in which an appeal from such decision may be filed, and while an appeal of such decision is pending before the General Executive Board, the penalty imposed shall be stayed. When an appeal is filed, a complete record of the proceedings together with the verdict and penalty of the Trial Committee shall be submitted to the General Executive Board. A finding, verdict or penalty of the Trial Committee may be affirmed, set aside or modified on appeal. A decision of the General Executive Board may be appealed to the Convention under Section 53H.

**E**  The General Executive Board shall have power to authorize strikes in conformity with the Constitution and Laws of the United Brotherhood, and when necessary to defend the organization in any locality against the attacks of employers, combinations or lockouts, or any attempt to disrupt or destroy the organization, to support such locality by levying a per capita assessment and by ordering a cessation of work for any employer involved, irrespective of where such work is located; enter into agreement with other organizations with reference to jurisdiction over work; or a general offensive or defensive alliance.

**F** The General Executive Board shall have power to protect the property and interest of the United Brotherhood in such a manner as they may deem helpful and beneficial.

**G** The General Executive Board shall have power to disavow agreements that may have been entered into by any subordinate Local Unions or Councils, unless such agreements have been approved by the General President.

**H** The General Executive Board shall have power to make agreements with employers covering our jurisdiction; provided such agreements require employers to conform with the trade rules of the district where the work is located, or which provide special terms and conditions found by the General Executive Board to be appropriate to a particular industry or type of work. In negotiating pension, health and welfare and other fringe benefit agreements, Local Unions and Councils shall, wherever possible, provide for participation therein by contractors and their employees working in the area under agreements with the United Brotherhood.

**I** The General Executive Board and its members are fiduciaries entrusted with responsibility for the assets of the United Brotherhood. In carrying out this responsibility, the General Executive Board shall establish and control the investment policy governing the investment of United Brotherhood assets. Such investments shall be made only with prior approval of the General Executive Board or by one or more investment managers who have been appointed by the General Executive Board. A written investment report shall be made to all Local Unions and Councils on a regular basis. The General Executive Board shall obtain proper surety bonds for all General Officers and Trustees and such employees of the United Brotherhood as it may deem necessary. The General Executive Board shall require an annual audit of the accounts and books of the United Brotherhood by a Certified Public Accountant, and such audit shall be reported in writing to the General Executive Board. The General Executive Board shall perform such other duties as may be provided for in the Constitution and Laws of the United Brotherhood.

**J**  Whenever, by virtue of an increased death rate, a deficiency is likely to arise in the revenues provided for payment of Funeral Donations under the Constitution, the General Executive Board shall have the authority to draw from the funds of each Local Union such sum for each member in good standing as may be provided against such deficiency.

**K**  The General Executive Board shall provide for the bonding of the officers and personnel of the United Brotherhood. The General Executive Board shall have the authority to provide for the bonding of officers and personnel of subordinate bodies of the United Brotherhood. When the General Executive Board provides such bond coverage through the General Office, all such officers and personnel must be bonded thereunder to be eligible to hold any office or employment. The price of such bonds shall be a standing appropriation to be paid to the General Secretary-Treasurer upon the receipt of notice from the General Office.

**L**  The General Executive Board shall have power to define in detail the trade autonomy and jurisdiction of the United Brotherhood.

**M**  The General Executive Board shall be empowered to authorize contributions or expenditures in support of or in opposition to legislation or other political activity, including support of particular candidates for office, political parties and other entities, to the extent permitted by law, where such support is deemed by the General Executive Board to be in the best interests of the United Brotherhood or its subordinate bodies or members, or organized labor, generally or in a particular area. This authority may be delegated by the General Executive Board to the General President.

**N**  Meetings of the General Executive Board may be conducted in person, by telephone, by videoconference, or by other suitable communication platform. For any meeting of the General Executive Board, those present shall constitute a quorum, provided that at least one Resident Officer and a majority of the members of the General Executive Board are present.

## SUPPLIES FOR LOCAL UNIONS

Section 15. All Constitutions, cards and supplies shall be furnished by the General Secretary-Treasurer, per order of the Financial Secretary or Recording Secretary of any Local Union or subordinate body in good standing, and the money for the same will be billed or shall accompany all orders for supplies when sent to the General Secretary-Treasurer.

## REVENUE

Section 16. The revenue of the United Brotherhood shall be derived from a per capita tax from all Local Unions on all members, applicants and persons paying agency shop or similar fees, also the amount specified on each new member admitted, charter fees, rent of office building, interest on bank deposits, income from investments, subscribers to and advertisements in The Carpenter, fines, supply sales and other miscellaneous receipts.

## GENERAL CONVENTION

**A** Section 17. The United Brotherhood shall meet in General Convention in 2000 and every five (5) years thereafter, on a date set by the General Executive Board, and the Board shall provide a suitable place for holding such Convention. The General Convention, while in session, shall be vested with all the executive, legislative and judicial authority of the United Brotherhood together with all powers necessary or incidental thereto.

**B** A Special Convention may be called as follows: Whenever fifteen Local Unions, no two of which are located in the same State or Province, present to the General Executive Board a resolution calling for a Special Convention, the General Executive Board shall consider the matter no later than its next regular meeting. If the General Executive Board is satisfied that a Special Convention for the purpose requested is in the best interest of the United Brotherhood, it shall make provision for the holding of such a Convention at the earliest practical date. Whenever the General Executive Board shall

decide that a Special Convention is necessary, it shall have authority by majority vote to issue a call for a Special Convention. A Special Convention shall be subject to the same rules as a General Convention, except that a Special Convention cannot consider any matter other than as may be stated in the Convention Call.

**C** A Local Union shall be entitled to representation in the Convention for members in good standing in the month that the Convention Call is issued according to the General Secretary-Treasurer's records, on this basis: 100 members or less shall be entitled to one delegate; more than 100 members and not more than 500, two delegates; more than 500 and less than 1,000, three delegates; 1,000 members and less than 1,500, four delegates; 1,500 members and less than 2,000, five delegates; 2,000 and less than 2,500, six delegates; 2,500 and less than 3,000, seven delegates; a Local Union with 3,000 or more members shall be entitled to eight delegates plus one additional delegate for every 500 members over 3,000. State, Provincial, Regional, and District Councils and the Canada Council shall be entitled to representation by election of one delegate. The General Officers of the Brotherhood (as set forth in Section 9, Par. A) shall receive full accredited delegate credentials to the Convention from their respective Local Unions. Each duly elected delegate shall be entitled to one vote in the Convention, except that delegates elected by Councils shall not be entitled to vote in the election of General Officers.

**D** General Officers shall be accredited delegates to any General or Special Convention of the United Brotherhood by virtue of their office. The designation of General Officers as delegates shall not affect the number of delegates to which their respective Local Unions shall otherwise be entitled.

**E** A Local Union shall not be entitled to representation which owes two months' per capita tax to the General Office.

**F** The election of delegates and alternates shall be held by secret ballot within the time specified by the General Executive Board. All members shall be notified by mail to attend the meeting at which the delegates and alternates are to be elected. To be eligible for

nomination or election as a delegate or alternate to a General Convention, a member must meet the requirements of Section 31D.

**G**  The Recording Secretary shall, at once, report to the General Secretary-Treasurer the name and post office address and electronic mail address of the delegate(s) and alternate(s).

**H**  Each delegate, other than a General Officer, shall establish claim to a seat by presenting proper identification and credentials, duly signed by the President and Recording Secretary of the Local Union or the President and Secretary of the State, Provincial, Regional, or District Council the delegate represents with seal attached. Eligibility of General Officers shall be certified by the General Secretary-Treasurer.

**I**  No proxy representation shall be allowed. A delegate to the Convention of the United Brotherhood, other than a General Officer, must hold credentials from the Local Union or Council he or she represents. No member may be a delegate from or represent more than one subordinate body.

**J**  The mileage and expenses for the attendance of said delegates shall be defrayed by the Local Union or Council they respectively represent.

**K**  A quorum for the transaction of business shall consist of a majority of the delegates attending the Convention. Any delegate who refuses to recognize and obey the sound of the gavel in the hands of the presiding officer shall be debarred from further voice or vote during the session, and the action taken by the presiding officer shall be reported by the General Secretary-Treasurer to the Local Union or Council which elected the offending delegate as their representative.

**L**  The Committee on Constitution and the Committee on Grievances and Appeals shall meet in advance of the Convention at a time and place designated by the General President. Members of the General Executive Board shall not be eligible to act on either of these committees.

**M**   The Committee on Finance shall examine the accounts of the General Secretary-Treasurer, and shall verify the audits made by the General Executive Board, and shall meet at a time and place designated by the General President.

**N**   The General President shall appoint a Committee on Credentials, consisting of not less than five members. The Committee shall meet at the call of the chair. In the event the credentials of a delegate are protested, the Committee on Credentials shall hear the protest and submit its findings to the Convention.

## ORDER OF PROCEDURE

Section 18. The order of procedure in Convention in the transaction of business shall be the same as at the preceding Convention until such time as the Committee on Rules reports.

## DUTIES OF OFFICERS AT CONVENTION

Section 19. The General Officers shall be required to attend the Convention, and they shall have a voice and vote in same, except that General Officers shall not be permitted to vote in the election of General Officers. Their expenses for attendance at the Convention shall be paid out of the funds of the United Brotherhood.

## GENERAL PRESIDENT

**A**   Section 20. It shall be the duty of the General President to preside at all Conventions of the United Brotherhood and conduct same according to parliamentary rules and in conformity with the laws of the United Brotherhood, and immediately after the opening of the Convention shall appoint a Committee on Rules. The General President shall appoint such other committees as may be necessary. Each committee shall consist of not less than five delegates.

**B**   The General President shall submit a report to the Convention.

## GENERAL SECRETARY-TREASURER

Section 21. The General Secretary-Treasurer shall keep a correct record of the proceedings of the Convention and shall submit a report to the Convention, including a report of the United Brotherhood's revenues and expenses.

## GENERAL EXECUTIVE BOARD

Section 22. The General Executive Board shall submit a report to the Convention.

## BOARD OF TRUSTEES

Section 23. The Board of Trustees shall submit a report to the Convention.

## PERIOD COVERED BY REPORTS

Section 24. The reports required by Sections 20B, 21, 22 and 23 shall cover the period beginning on January 1 of the year in which the last General Convention was held and ending on December 31 of the year preceding that in which the General Convention is held at which the reports are to be submitted.

## JURISDICTION AND POWERS OF LOCAL UNIONS

**A**  Section 25. It is the continuing obligation of every Local Union to organize workers.

**B**  Local Unions shall be governed by applicable uniform bylaws and have the power to make laws and trade rules, which, in no way, conflict with the Constitution and Laws of the United Brotherhood, and must be approved by the General Vice President before becoming law, and shall be filed with the General Vice President; likewise, all future amendments must be submitted and filed. Local Unions not affiliated with a District or Regional Council shall have the power to conduct trials of members who have been charged with violating the Constitution and Laws or violating the Trade

Rules in the Local Union when such violations occur within the Local Union's jurisdiction and impose such penalties as they may deem the case requires, subject to Sections 51 and 52, and the right of appeal under Section 53. Local Unions cannot debar their members from working for contractors or for employers who are not connected with the Employers' or Builders' Association, nor shall Local Unions affiliate with any central organization whose Constitution or Bylaws conflict with those of the United Brotherhood.

**C** At any regular or special meeting of the membership of a Local Union, duly called for the transaction of any business, those present shall constitute a quorum, provided seven (7) or more members are present. For any regular or special meeting of the Executive Committee of a Local Union, those present constitute a quorum, provided a majority of the members of the Executive Committee are present. The terms special meeting and special called meeting have the same meaning.

**D** Local Unions shall have power to regulate and make payment of sick donations only by an established Bylaw of the Local Union.

**E** A Local Union cannot dissolve itself. A Local Union cannot withdraw from the United Brotherhood so long as two members in good standing object thereto.

**F** In communities where there are not a sufficient number of persons eligible for membership in the United Brotherhood to form a Local Union, the Representative, or some other person designated by the General President, shall have the power to initiate applicants in such localities and provide such members with Dues Books, Constitutions, etc. Members so initiated shall be under the jurisdiction and shall pay dues to the Local Union designated by the Representative.

**G** Each Local Union is responsible for the carelessness or negligence of its officers.

**H** All Local Unions and Councils are prohibited from sending out circulars or appeals asking for financial aid from any other

Local Union or Council of the United Brotherhood, except by and with the approval of the General Executive Board.

**I**   The donation coverage of any member may not be changed from Donation Schedule 1 to Donation Schedule 2, or from Donation Schedule 2 to Donation Schedule 1, without the written approval of the General President. Members may not change coverage status from Donation Schedule 2 to Donation Schedule 1 after reaching their fiftieth birthday.

**J**   The geographical or trade jurisdiction of any Local Union may not be changed without the written approval of the General President.

## JURISDICTION AND POWERS OF DISTRICT AND REGIONAL COUNCILS

**A**   Section 26. It is the continuing obligation of every District and Regional Council to organize workers.

**B**   Where there are two or more Local Unions located in one city, they must be represented in a District Council or Regional Council unless otherwise determined by the General President. District Councils and Regional Councils shall be composed of members of the affiliated Local Unions represented by Delegates from Local Unions of the United Brotherhood. They shall be governed by applicable uniform Bylaws and have the power to make laws and trade rules, which in no way conflict with the Constitution and Laws of the United Brotherhood and which are approved by the delegates of the Council and the General Vice President. The General President shall have power to order such Local Unions to affiliate with such District or Regional Council, and to determine the jurisdictional area and trade autonomy of such District or Regional Council subject to appeal. No Local Union may withdraw from such a District Council or Regional Council without approval of the General President.

**C**   District Councils and Regional Councils may be formed in localities other than in cities where two or more Local Unions in

adjoining territory request it, or when in the opinion of the General President the good of the United Brotherhood requires it. No Local Union shall affiliate with or withdraw from such a District Council or Regional Council without the approval of the General President. District and Regional Councils so formed shall be governed by applicable uniform Bylaws and have the power to make laws and Trade Rules, which in no way conflict with the Constitution and Laws of the United Brotherhood and which are approved by the delegates of the Councils and the General Vice President.

**D**    At any regular or special meeting of a District or Regional Council, duly called for the transaction of any business, those present shall constitute a quorum, provided seven (7) or more delegates are present. For any regular or special meeting of the Executive Committee of a District or Regional Council, those present shall constitute a quorum, provided a majority of the members of the Executive Committee are present. The terms special meeting and special called meeting shall have the same meaning.

**E**    The jurisdiction of District or Regional Councils shall be determined in accordance with the Constitution and Laws of the United Brotherhood. The title to all property of the District or Regional Council shall be held in the name of the Trustees of the District or Regional Council and/or their successors in office or in the name of the District or Regional Council. If the property is not directly held by the Council, but instead by an entity such as a corporation, the officers of that entity shall be officers of the Council and/or their successors sufficient to control the Council's interest in that property. In the event that real property is held by a District or Regional Council through a building corporation or other entity that is wholly owned by the District or Regional Council, the officers of such corporation or entity shall consist solely of current officers of the District or Regional Council who shall be officers of the corporation or entity by virtue of their District or Regional Council officer positions. District or Regional Councils having annual receipts amounting to Fifty Thousand Dollars ($50,000.00) or more from all sources shall engage a certified or registered public

accountant for periodic audits, but not less than once a year, and such audits shall be examined by the Trustees for comparison with the Trustees' audits who shall report their conclusions in writing to the District or Regional Councils. The Trustees of a District or Regional Council shall report annually to the General Secretary-Treasurer on Bond Report Forms supplied by the General Office.

**F** A District Council or Regional Council shall have the power to conduct trials of members or Local Unions within its jurisdiction who have been charged with violating the Constitution and Laws, violating the District Council or Regional Council Bylaws and/or Trade Rules, or violating the Trade Rules of a Local Union when such violation occurs within the District Council's or Regional Council's jurisdiction, and impose such penalties as they may deem the case requires, subject to Sections 51 and 52 and the right of appeal under Section 53. District Councils and Regional Councils cannot debar their members from working for contractors or employers not connected with Employers' or Builders' Associations, nor shall District Councils or Regional Councils affiliate with any central organization whose Constitution or Bylaws conflict with those of the United Brotherhood.

**G** Examining Boards may be established by District or Regional Councils or Local Unions where no District or Regional Council exists.

**H** The General President may authorize and charter Regional Councils to be composed of two or more Local Unions and/or District Councils. There shall be a Canada Council, with Bylaws to be approved by the General Vice President.

**I** The General Executive Board may establish uniform Bylaws to govern State Councils, Provincial Councils, Regional Councils, District Councils and Local Unions, not inconsistent with the Constitution and Laws, which shall be in full force and effect pending ratification or modification by the next General Convention.

**J** The geographical or trade jurisdiction of any Council may not be changed without written approval of the General President.

## JURISDICTION OF STATE
## AND PROVINCIAL COUNCILS

**A**   Section 27. State and Provincial Councils may be formed in accordance with Section 6A of the Constitution and Laws. All Laws of State and Provincial Councils must be submitted to the General Vice President for approval, and all officers and members of such Councils shall be held responsible for compliance with all Laws governing the United Brotherhood.

**B**   State and Provincial Councils shall have the power to make laws to govern such State and Provincial Councils, which shall in no way conflict with the Constitution and Laws of the United Brotherhood, and which must be approved by the General Vice President before becoming law.

**C**   The jurisdiction of State or Provincial Councils shall be the State or Province for which they are chartered, unless otherwise provided in the Constitution and Laws of the United Brotherhood.

**D**   The title to all property of the State and Provincial Councils shall be held in the name of the Trustees of the State and Provincial Councils and/or their successors in office or in the name of the State or Provincial Council. If the property is not directly held by the Council, but instead by an entity such as a corporation, the officers of that entity shall be officers of the Council and/or their successors sufficient to control the Council's interest in that property. In the event that real property is held by a State or Provincial Council through a building corporation or other entity that is wholly owned by the State or Provincial Council, the officers of such corporation or entity shall consist solely of current officers of the State or Provincial Council who shall be officers of the corporation or entity by virtue of their State or Provincial Council officer positions. State and Provincial Councils having annual receipts amounting to Fifty Thousand Dollars ($50,000.00) or more from all sources shall engage a certified or registered public accountant for periodic audits, but not less than once a year, and such audits shall be examined by the Trustees for comparison with the Trustees' audits who shall report their

conclusions in writing to the State and Provincial Councils. The Trustees of a State or Provincial Council shall report annually to the General Secretary-Treasurer on Bond Report Forms supplied by the General Office.

## JURISDICTION OF AUXILIARY UNIONS

**A** Section 28. Jurisdiction of Auxiliary Unions shall be as provided for by the Constitution and named in their Charter.

**B** Auxiliary Unions may make laws to govern their members in the same manner as Local Unions, provided that such laws are not in conflict with the Constitution of the United Brotherhood or the Local Union or Council's Bylaws in the area in which the Auxiliary operates.

**C** Any member in good standing is permitted to become a member of a Ladies' Auxiliary Union.

## ADMISSION OF LOCAL UNIONS

Section 29. Applicants who wish to organize a Local Union may apply to the General Secretary-Treasurer and request the outfit necessary for the institution of a Local Union. Issuance of a charter shall be discretionary with the General President under Section 10A. If after investigation issuance of a charter is approved, the General Secretary-Treasurer shall forward the Charter and any administrative materials necessary to begin operations as a Local Union under the Constitution of the United Brotherhood. The Charter is at all times the property of the United Brotherhood.

## SUSPENDED AND LAPSED LOCAL UNIONS AND COUNCILS

**A** Section 30. If, at any time, a Local Union, Council or other subordinate body should withdraw, lapse, dissolve, be suspended or expelled, or otherwise cease to function as a subordinate body of the United Brotherhood, all Property, Books, Charter and Funds

held by, or in the name of, or on behalf of said Local Union or other subordinate body must be forwarded immediately to the General Secretary-Treasurer for such use or disposition in the interests of the membership of the United Brotherhood as the General President in the exercise of his or her discretion may direct or to such Local Union(s) or Council(s) as the General President in the exercise of his or her discretion may direct.

**B**    The officers and members of said Local Union, Council, or other subordinate body will be held responsible for compliance with the above Section, under penalty of being prosecuted by law, and forfeiture of membership and donation in this United Brotherhood.

**C**    A member of a lapsed or suspended Local Union, if in good standing, and upon payment of any dues or assessments then unpaid, can be cleared for transfer to the nearest Local Union in the vicinity, upon application to the General Secretary-Treasurer. Once a member is cleared for transfer by the General Secretary-Treasurer, such member can be transferred to the nearest Local Union without the personal attendance of the member.

**D**    In no event shall the United Brotherhood be liable for the obligations or debts of a subordinate body, including a subordinate body which has withdrawn, lapsed, dissolved, been suspended, expelled, or otherwise ceased to function as a chartered subordinate body of the United Brotherhood.

## NOMINATION, ELECTION AND APPOINTMENT IN SUBORDINATE BODIES

**A**    Section 31. The officers of a Local Union shall be a President, Vice President, Recording Secretary, Financial Secretary, Treasurer, Conductor, Warden and three Trustees. The officers shall constitute the Executive Committee of the Local Union. A Business Representative who is not a member of the Executive Committee shall attend the meetings of the Executive Committee with voice but without vote. No member may hold more than one office or be a candidate for more than one office in a regular election, in the same subordinate

body, unless dispensation to combine the two offices has been granted by the General President. The offices of Financial Secretary and Treasurer may also be combined by a properly adopted Bylaw of the Local Union that has been approved by the General Vice President. In elections held to fill vacancies, a member who holds an office must resign said office in writing before accepting nomination as a candidate for another office in the same subordinate body (unless the offices are combined by dispensation) and all existing vacancies, including those left by such resignations, shall be filled by the same nominations and election. Neither the President, Treasurer, Financial Secretary nor Recording Secretary can act as Trustee.

**B**    Where Local Unions are affiliated with a District or Regional Council, the services of any Business Representatives, Assistant Business Representatives, and Organizers shall be provided by and through such Council and such Business Representatives, Assistant Business Representatives, and Organizers shall be appointed by the Executive Secretary-Treasurer of the Council, subject to approval of the Executive Committee of the Council, and shall be employees of the Council. All Business Representatives and Assistant Business Representatives shall be required to participate in any training program for Business Representatives, which shall be established by the United Brotherhood, and all Organizers shall be required to participate in any training program for Organizers that may be designated by the General President. Local Union officers shall be required to participate in any training program established by the United Brotherhood for the Local Union officer position they hold. Council delegates shall be required to participate in any training program for Council delegates established by the United Brotherhood. An appointed Business Representative, Assistant Business Representative, or Organizer shall serve at the discretion of the District or Regional Council. No member may be appointed to or hold the position of Business Representative, Assistant Business Representative or Organizer while receiving a pension under the United Brotherhood of Carpenters Pension Plan.

**C**  The regular terms of elected officers shall be three years in Local Unions and three or four years in District and Regional Councils, or until their successors are elected, qualified and installed.

**D**  A member cannot hold office or the position of Delegate or a Committee position, or be nominated for office, Delegate or a Committee position, if receiving a pension under the United Brotherhood of Carpenters Pension Plan, or unless present at the time of nomination, except that the member is in the anteroom on authorized business or out on official business, or prevented by accident, sickness, or other substantial reason accepted by the Local Union or Council from being present; nor shall the member be eligible unless working for a livelihood in a classification within the trade autonomy of the United Brotherhood as defined in Section 7 or in employment, which qualifies him or her for membership, or is depending on the trade for a livelihood, or is employed by the organization as a full-time officer or representative; provided, further, that members who are life members shall not be eligible. A member must have been twelve (12) consecutive months a member in good standing immediately prior to nomination in the Local Union and a member of the United Brotherhood of Carpenters and Joiners of America for two consecutive years immediately prior to nomination, unless the Local Union has not been in existence the time herein required, and must remain a member in good standing at all times in order to remain in the position to which he is elected or appointed. A member who retires after being elected may complete the term for which elected unless receiving a pension under the United Brotherhood of Carpenters Pension Plan. Contracting members are not eligible to be nominated for or hold an officer, delegate, or Committee position, nor shall a member who has been a contracting member until six months have elapsed following notification by the member to his or her Local Union in writing that he or she has ceased contracting.

**E**  Nomination of officers and delegates of Local Unions shall take place in May, and the election shall take place in June. All members

shall be notified by mail of the time, date and place of the nominating meeting and of the election, and the notice(s) shall specify all offices to be filled. Notice shall be by letter or postcard, or by a notice conspicuously placed on the front page of the union newsletter or newspaper, and must be sent to the members' last known address as reported to the Recording Secretary under Section 44F. Notice in newspapers or similar publications shall not constitute proper notice, but may be used as a supplementary notice. Members shall receive not less than fifteen (15) days' notice of nominations and elections, and where a combined notice is used it shall be mailed not less than thirty (30) days prior to the date of the election. Notices of nomination and election shall be mailed not more than sixty (60) days prior to the date of such nominations and/or election. Where District Council officers are to be elected by delegates to the Council in any year in which the affiliated Local Unions hold regular election of such delegates, the election of District Council officers shall be by the incoming delegates and not by the outgoing delegates. In Local Unions that are not affiliated with a District or Regional Council, if Business Representatives or Assistant Business Representatives are elected, their qualifications, nomination, and election shall be governed by the provisions of this section and the same rules which apply to Local Union officers shall apply to such Business Representatives.

**F**    The election of officers and delegates shall be by secret ballot. Ballots shall be prepared in advance listing the names of all candidates nominated for election. The nominees receiving a plurality of votes shall be declared elected. Write-in votes shall neither be authorized nor permitted in the election of Officers or delegates in any Local Union or District, Regional, State or Provincial Council.

**G**    All Local Union elections shall be conducted by an Election Committee appointed by the President of the Local Union. For Council elections, all elections shall be conducted by an Election Committee appointed by the Executive Secretary-Treasurer of the Council, or by the President of the Council if no Executive Secretary-Treasurer

position exists or if such position is vacant. No nominee for office or nominee for delegate shall be eligible to serve on such Committee. To be eligible to nominate a member for a Local Union officer, delegate or Committee position, a member must be a member in good standing of the Local Union at the time of nominations. The Financial Secretary shall be available with all necessary records to establish eligibility of members to be nominated for and to hold office and to vote in any election. For purposes of determining the eligibility of members to be nominated for and to hold office and to vote in any election, the UBC membership processing system shall be used to determine whether the length of membership and membership in good standing requirements have been met, along with other relevant information. If more than one polling place is used, a list of eligible members shall be available at each location. The Election Committee shall tabulate the vote and report to the Local Union or Council. The Chairperson of the Election Committee shall declare the result of the balloting and announce the name of the elected candidate. In the event of a tie between two candidates, the tie shall be broken by a coin toss. In the event of a tie between more than two candidates, the tie shall be broken by a runoff election. If the runoff election is conducted on the same date as the original election, the notice of the election must have so indicated. When voting machines are used the Tellers shall examine the machines before the start of the voting to see that they are properly set. A candidate, or his or her observer, may also examine the machines in conjunction with the Tellers. After the polls have closed, the Tellers shall review the result of the election, fill out and sign the teller sheets giving the names of the candidates, and total vote each received, which sheet shall be held in safekeeping by the Recording Secretary. The Recording Secretary shall preserve all ballots used and unused and all records pertaining to the election for one year following the date of the election.

**H**    Where required or permitted by law, a qualified candidate for office shall be permitted to examine the membership list containing the names and addresses of all the members once within thirty days prior to the election, and a Local Union or Council shall honor

reasonable requests from candidates to have their campaign litera-
ture mailed by the Union at the candidates' expense. A candidate for
office may designate a member in good standing as an observer at
the poll and tabulation of the ballots. More than one observer may
be appointed by each candidate as needed to adequately observe the
polls and tabulation. Observers must be members in good standing.
The Election Committee shall determine the number of observers
permitted in each election. All subordinate bodies and members shall
comply with the election procedures set forth in § 401 of the Labor
Management Reporting and Disclosure Act of 1959, as amended
("LMRDA"), 29 USC 481, and regulations issued thereunder.

**I**    The installation of Local Union officers shall take place on
the first meeting in July. In case an officer does not appear for
installation within two regular meetings thereafter, the office must
be declared vacant. All Local Unions and Councils shall provide
the United Brotherhood an accurate and current listing of their
officers, Council delegates, organizers, and representatives imme-
diately following their election or appointment by entering such
information on the UBC membership processing system. Any
interim changes shall be entered on the UBC membership process-
ing system immediately following such changes.

**J**    A Local Union or Council may adopt a Bylaw providing that
an officer or representative duly nominated and elected in accor-
dance with the Constitution and Laws shall, by virtue of his or her
office, be a delegate to a General Convention of the United Broth-
erhood or any other subordinate body with which the Local Union
or Council is affiliated. The notices of nominations and election,
and the ballot, must advise the members that the candidate elected
to the office or position will be a delegate to the General Conven-
tion of the United Brotherhood or other subordinate body.

## VACANCIES IN LOCAL AND COUNCIL OFFICES

**A**    Section 32. If any officer shall fail to discharge the duties
of the office for three successive meetings, without satisfactory

excuse, the office shall be declared vacant by the President. This provision shall also apply to the position of Business Representatives and delegates. Failure to attend a regular or special called meeting without satisfactory excuse shall constitute failure to discharge duties of the office at that meeting.

**B** When vacancies occur in any elective office of a Local Union or in the position of delegate to a Council from a Local Union, the President of the Local Union may appoint a qualified member to fill the vacancy pro tem, until such time as an election is held to fill the vacancy. When a vacancy occurs in any elective office of a Council, the Executive Secretary-Treasurer of the Council may appoint a qualified member to fill the vacancy pro tem, until such time as an election is held to fill the vacancy. If no Executive Secretary-Treasurer position exists or such position is vacant, the President of the Council may make such pro-tem appointment.

**C** Any officer or Business Representative may be removed after due trial upon charges preferred in conformity with Sections 51 and 52 of the Constitution and Laws.

**D** In the absence of both the President and the Vice President, the Recording Secretary shall call the meeting to order and those present shall elect a President pro tem.

**E** Any Local Union or District Council Officer, elected Business Representative, Delegate or committee member, who applies for and is issued a Transfer Card from his Local Union shall be deemed thereby to have resigned his office or position.

## DUTIES OF PRESIDENT OF LOCAL UNION

**A** Section 33. The President shall preside at all meetings, preserve order and enforce the Constitution and Laws of the United Brotherhood; shall decide all questions of order, subject to an appeal to the Local Union. The President shall determine all questions of eligibility for office, subject to an appeal to the General President under Section 53G. The President shall have the deciding vote in case of a tie, except in cases of a secret ballot vote.

**B**    The President shall appoint all committees or such other officers as may be necessary, unless otherwise ordered, and shall have the power to order the Recording Secretary to call special meetings when requested in writing by five members in good standing, see that bonds are procured for officers and shall perform such other duties as are required by the office. Members must be notified of special meetings in writing sent to their last known address and stating the date, time and place of the meeting and the business to be transacted. No business not stated in the notice shall be transacted. Special meetings may be held in conjunction with regular meetings.

**C**    Any member entering the meeting in a state of intoxication or who disturbs the harmony thereof, or uses profane or unbecoming language during the meeting shall be admonished by the Chairperson. If the member again offends, he or she shall be admonished again, and for the next offense may be excluded from the room. The fact that a member is admonished or excluded from the room under this Section shall not constitute a bar to the filing and processing of charges against the member based on his or her conduct at the meeting. A visiting member shall be subject to these Laws. The Chairperson shall strictly enforce this Section.

## DUTIES OF VICE PRESIDENT OF LOCAL UNION

Section 34. The Vice President shall assist the President in the discharge of the official duties and shall perform the duties of President in the event of the absence of the President. In the event of the death, removal or resignation of the President, the Vice President shall fill the office of President, until such time as a President is elected.

## DUTIES OF RECORDING SECRETARY
## OF LOCAL UNION

**A**    Section 35. The Recording Secretary shall keep the correct minutes of each meeting, read and preserve all documents and

correspondence, issue all summons for special meetings, have charge of the seal and affix the same on all official documents, and conduct all official correspondence. Minutes of meetings shall be safely preserved as a permanent record of the Local Union, in a form approved by the General Office.

**B**   The Recording Secretary shall report to the Local Union the expenditures at the close of each meeting and perform such other duties as the Local Union may direct, or as prescribed in the Constitution and Laws of the United Brotherhood.

**C**   The Recording Secretary, when properly instructed, shall notify all members of the Local Union to present their Dues Books, working card, or other appropriate electronic dues verification card, to the Trustees during the first month of each quarter for the purpose of comparing them with the books of the Financial Secretary.

## DUTIES OF FINANCIAL SECRETARY OF LOCAL UNION

**A**   Section 36. The Financial Secretary shall receive all moneys paid into the Local Union and ensure that such moneys are entered on the UBC membership processing system and shall without undue delay see that same is deposited either by paying same to the Treasurer who shall give a receipt for money received, or by directly depositing same in the Local Union's name in such bank or banks as may be designated by the Local Union. The Financial Secretary shall keep a record of all applications for membership and a correct account of each member, with full name and address, on the UBC membership processing system. The Financial Secretary shall ensure that the names and addresses of all new officers are entered into the UBC membership processing system, with the correct beginning and ending dates for terms of office, and that such information is kept up to date.

**B**   The Financial Secretary shall enter and date each payment on the member's Dues Book, if applicable, and sign the same, and shall record all receipts on the UBC membership processing system and report same to the Local Union.

**C** The Financial Secretary shall report to the Local Union as to the numerical and financial standing of the Local Union for the preceding month at a membership meeting of the Local Union on a monthly basis and shall be bonded as required by the Constitution and Laws of the United Brotherhood.

**D** Local Unions having an established business office shall have the power, by regularly passed motion, to designate the books and other property to be kept at the office, and to delegate such duties to the Financial Secretary as may be deemed expedient for proper transaction of its business. Where no established business office is maintained, the Financial Secretary and other officers shall securely maintain, on the Local Union's behalf, any records or other property that may be in their possession, and shall make such records and other property available to authorized officers and representatives upon request.

**E** The Financial Secretary shall have full control of all supplies and shall issue the same, subject to orders of the Local Union.

**F** The Financial Secretary shall ensure that the per capita tax is promptly sent to the General Secretary-Treasurer each month for the month preceding, together with the portion of initiation fees payable to the United Brotherhood.

## DUTIES OF TREASURER OF LOCAL UNION

**A** Section 37. The Treasurer shall receive from the Financial Secretary all moneys collected and give receipt for and deposit same in the name of the Local Union in such bank or banks as may be designated by the Local Union. The Treasurer shall make no disbursement without the sanction of the Local Union. All checks of a Local Union must be signed by two or more officers of the Local Union. The Executive Committee of the Local Union shall designate which officers shall have authority to sign checks on behalf of the Local Union, except that the Trustees of a Local Union shall not be permitted to sign checks of a Local Union.

**B** The Treasurer shall make an itemized statement the first

meeting of each quarter for the preceding quarter, to the Local Union, of all moneys received and paid out, and submit books and vouchers for inspection at any time when called upon, and perform such other duties as the Local Union may require.

**C**   All moneys shall be payable by check, money order, electronic transfer, or other form of payment as authorized by the General Secretary-Treasurer. If a disbursement is made by a Local Union by electronic transfer, in addition to any necessary approval of the membership required under Section 54, the disbursement by electronic transfer must be approved, in writing, by two officers of the Local Union prior to the disbursement and be in compliance with any additional requirements established by the General Secretary-Treasurer for payments by electronic transfer.

**D**   The Treasurer shall be bonded as required by the Constitution and Laws of the United Brotherhood.

## DUTIES OF CONDUCTOR OF LOCAL UNION

Section 38. In the case of those Locals which desire to use the additional oral initiation ceremony, the Conductor shall obtain the names of all candidates awaiting initiation and report the same to the President and shall conduct the candidate through the initiation ceremony, and shall perform all duties pertaining to the office, and shall be furnished an assistant when necessary.

## DUTIES OF WARDEN OF LOCAL UNION

Section 39. The Warden shall take charge of the doors at the meeting and see that no one but members shall enter.

## DUTIES OF TRUSTEES OF LOCAL UNION

**A**   Section 40. The Trustees shall have the supervision of all funds and properties of the Local Union, subject to such instructions as they receive from time to time from the Local Union. The title to all property of the Local Union shall be held in the name of the Trustees of the Local Union and/or their successors in office or

in the name of the Local Union. If that property is not directly held by the Local Union, but instead by an entity such as a corporation, the officers of that entity shall be officers of the Local Union and/or their successors sufficient enough to control the Local Union's interest in the property. In the event that real property is held by a Local Union through a building corporation or other entity that is wholly owned by the Local Union, the officers of such corporation or entity shall consist solely of current officers of the Local Union who shall be officers of the corporation or entity by virtue of their Local Union officer positions.

**B**   It shall be the duty of the Trustees to see that the Treasurer or Financial Secretary deposits all moneys received in such bank(s) as the Local Union designates. The Trustees shall see that the Recording Secretary of the Local Union notifies the bank(s) of the names of the officers duly authorized to sign checks for withdrawals on the account, and that all disbursements are made by check, money order, electronic transfer, or other form of payment as authorized by the General Secretary-Treasurer, except that a petty cash fund for either the Financial Secretary or the Treasurer is permitted. If a disbursement is made by a Local Union by electronic transfer, in addition to any necessary approval of the membership required under Section 54, the disbursement by electronic transfer must be approved, in writing, by two officers of the Local Union prior to the disbursement and be in compliance with any additional requirements established by the General Secretary-Treasurer for payments by electronic transfer.

**C**   The Trustees shall audit all books and accounts of the Financial Secretary and the Treasurer, audit all receipts and accounts of any other person authorized to collect funds, examine the bank book(s) monthly, and shall report to the Local Union monthly in writing, and annually to General Secretary-Treasurer on Bond Report Forms supplied from the General Office; and shall perform such other duties as are provided for in the Constitution and Laws of the United Brotherhood or as the Local Union may direct. Local Unions having annual receipts amounting to Fifty Thousand

Dollars ($50,000) or more from all sources shall engage a certified or registered public accountant for periodic audits, but not less than once a year. Such audits shall be examined by the Trustees for comparison with the Trustees' Audits and the Trustees shall report their conclusions in writing to the Local Union. If a Local Union is affiliated with a Council, the audit report of the certified or registered public accountant shall be provided to the Council annually.

## DUTIES OF COMMITTEES OF LOCAL UNION

**A** Section 41. All Committees shall perform the duties assigned to them within the time specified, and shall report in writing. Eligibility to serve on a Committee is governed by Section 31D, and no person shall be exempt from serving on a committee when called upon, except the Recording and Financial Secretaries, unless excused by vote of the Local Union, or who is already a member of some other committee.

**B** The first person named on a committee shall chair the committee until another is chosen by the committee.

**C** Any committee member who neglects or fails to perform any duty required by the Constitution and Laws of the United Brotherhood may be removed by the President, with the exception of members of the Executive Committee.

## QUALIFICATIONS FOR MEMBERSHIP

**A** Section 42. Members admitted before January 1, 1994 and before reaching age 60 shall be covered by Donation Schedule 1 or Donation Schedule 2 and may be eligible for a funeral donation under the provisions of Section 48. Members admitted on or after January 1, 1994 shall not be covered by Donation Schedule 1 or 2 and shall not be eligible for any funeral donation provided in the Constitution.

**B** Members in good standing who, on or after January 1, 1987 have or attain 50 years of continuous membership in the United Brotherhood shall not be required to pay dues to any Local Union

and the Local Union in which they hold membership shall not be required to pay per capita tax with respect to them to the United Brotherhood. Such members shall, nevertheless, retain all rights and privileges as well as other obligations of membership, and shall pay working dues while working in the jurisdiction of any Local Union or District Council that has established such working dues, work fees or supplemental working dues pursuant to Section 45C.

**C**    A candidate to be admitted to membership in any Local Union of the United Brotherhood must not be less than seventeen (17), unless participating in an educational program allowed by a state or provincial law.

**D**    A candidate must be of good moral character and competent to command standard wages. Candidates shall not be denied the right to membership because of their particular sex, race, color, creed, national origin, sexual orientation or other protected basis.

**E**    A candidate for membership cannot join any Local Union other than the one in the district in which the candidate is employed unless permission is granted by the Local Union, District Council, or Regional Council where employed.

**F**    A member who has been expelled from any Local Union or by a District or Regional Council of the United Brotherhood shall not be eligible for membership in any other Local Union without consent of the Local Union, District Council or Regional Council, and only then by a majority vote of the members present at a meeting of the Local Union, District Council, or Regional Council from which the member was expelled.

**G**    Any member incapacitated by age or accident may be permitted to obtain employment at less than the regular scale of wages with the consent of the union by obtaining a Privilege Card from the District or Regional Council or the Local Union where no such Council exists.

**H**    Members who contract work or become supervisors must comply with the Constitution and Laws of the United Brotherhood.

**I**  No member of the United Brotherhood can remain in or become a member of more than one Local Union, or any other organization of carpenters and joiners, or any mixed union of building trades workers, or any organization whose jurisdictional claims overlap or infringe upon those of the United Brotherhood, under penalty of expulsion. Any member who accepts employment under nonunion conditions during the time of a strike or lockout, or being employed as an armed guard during a strike or lockout, shall not be entitled to any donations. If a member is accused of holding membership contrary to this Section, the Executive Committee of the Local Union, District Council, or Regional Council shall give the member due notice of the charge, shall afford the accused a hearing and a full opportunity to present a defense. If after hearing the Executive Committee finds that the member holds membership contrary to this Section, the member shall be permitted thirty days in which to resign or withdraw from any conflicting membership and to so notify the Executive Committee. If the member fails to do so, his or her membership shall be revoked.

**J**  No member of a Local Union shall be eligible to vote for Officers or Delegates unless such member has been at least twelve (12) consecutive months a member of the Local Union and is in good standing in the Local Union at the time of voting, except where the Local Union has not been in existence the time here required. Retired members not working at or depending on the trade for a livelihood shall not be entitled to vote on trade movements affecting wages or working conditions or on ratifications of contracts. For purposes of determining eligibility to vote, the UBC membership processing system shall be used, along with other relevant information. The method of contract ratification, which may include a vote of the membership, shall be decided by the Regional or District Council where such a Council exists or by the Local Union if such Local Union is not affiliated with a Regional or District Council and is not mandated by the Constitution and Laws.

## APPRENTICESHIP

**A**    Section 43. The United Brotherhood may establish Standards for apprenticeship and training programs, including skill upgrading, covering trades and industries within the United Brotherhood's jurisdiction. Where such Standards have been established, it shall be the responsibility of District Councils or Regional Councils, or of Local Unions where no District or Regional Council exists, to develop and implement programs complying with the Standards and approved by the United Brotherhood. A graduate of an approved apprenticeship program shall be recognized within the United Brotherhood as a journeyman at his or her trade.

**B**    Individuals participating in approved apprenticeship and skill training programs may be admitted to membership in the United Brotherhood prior to attaining journeyman certification, at the following reduced initiation fees: the initiation fee before attaining second year apprenticeship status shall be 20 percent of the journeyman fee; when admitted as a second year apprentice, 40 percent of the journeyman fee; when admitted as a third year apprentice, 60 percent of the journeyman fee; and when admitted as a fourth year apprentice, 80 percent of the journeyman fee. Participants in apprenticeship and training programs shall be subject to the lawful agreements, conditions and procedures required by the Council or Local maintaining the program. Participants in approved apprenticeship and skill training programs who are members of the United Brotherhood shall comply with all lawful agreements, conditions, rules, and procedures of an apprenticeship program maintained by a Council or Local. Any member who violates this rule may be subject to a fine, suspension or expulsion after due notice of the charge, opportunity to defend, and hearing.

**C**    Each Regional and District Council, and each Local Union that is not affiliated with a Regional or District Council, shall contribute an additional $.01 per hour each year over the next five years not to exceed a total of 15 cents ($.15) per hour worked to the Carpenters International Training Fund ("Training Fund") for

each employee working in construction under a collective bargaining agreement of the District or Regional Council or Local Union that does not provide for contributions to the Training Fund. In the event that a collective bargaining agreement of a Regional or District Council or Local Union that is not affiliated with a District or Regional Council provides for contributions to the Training Fund and the required contribution for each employee working under the agreement in construction is less than the then-current amount per hour worked, the Regional or District Council or Local Union shall contribute to the Training Fund an amount equal to the difference between the then-current amount per hour worked and the amount of the per-hour contribution provided for in the collective bargaining agreement for each hour worked under the agreement by an employee working in construction. Payments made to the Training Fund pursuant to this provision shall be due by no later than the first day of the third month following the month in which the work was performed. Contributions to the Training Fund pursuant to this provision shall be a standing appropriation and shall not require the vote of the Local or Council. The General Executive Board is authorized to reduce the amount of contributions payable by any Local Union or Council pursuant to this section in the event that the Board determines, in its sole discretion, that a reduction is warranted. This provision shall be effective as of January 1, 2021.

## ADMISSION OF MEMBERS

**A** Section 44. The General President shall authorize the use of a Membership Application form containing the Obligation. Where an applicant signs such an application, and makes a payment, thereby becoming bound by the Obligation, action of the investigating committee or approval of the membership shall not be required for admission to membership. A candidate qualified and who desires to become a member of any Local Union (and thereby a member of the relevant Council and UBC) of the United Brotherhood must fill out and sign the regular application. The Financial Secretary shall forward completed membership

applications to the General Secretary-Treasurer and shall enter the names and addresses of all applicants and new members into the UBC membership processing system.

**B** The application of the candidate must be presented to the Financial Secretary, with the full initiation fee, which (except for apprentices) shall be not less than Forty Dollars ($40.00) for individuals who work in construction and not less than Twenty-Five Dollars ($25.00) for individuals who do not work in construction, and a sum equal to the current month's dues. An applicant may be permitted to pay the initiation fee in installments over a period not to exceed 90 days. In such cases the applicant shall deposit dues for each month commencing with the month of application. When the applicant is accepted into membership his or her membership shall date from the day of acceptance. If an applicant fails to complete payment of the initiation fee within 90 days (or such period not to exceed an additional period of 60 days which may be granted by the Local Union for good cause), the applicant shall forfeit all amounts paid for dues or initiation fees and can only join by filing a new application to be processed in accordance with this Section. The initiation fee and dues paid shall be retained by the Local Union or District or Regional Council, except for per capita to the United Brotherhood for all months for which dues were deposited whether or not the applicant becomes a member. Applicants for membership permitted to pay the initiation fee in installments shall not be eligible to transfer until six (6) months after completing all installment payments. While an applicant, he or she shall not be eligible to transfer.

**C** The new member shall be supplied with a Dues Book, or the equivalent, and a copy of the Constitution and Laws of the United Brotherhood and Bylaws and Working Rules of the Regional Council or District Council. Local Unions using checkoffs are not required to issue dues books, working card, or other appropriate electronic dues verification card, except when a transfer is granted under Section 46, or as otherwise needed.

**D**   Each member will be entitled to all the rights and privileges of this Brotherhood as prescribed in the Constitution and Laws of the United Brotherhood by strictly adhering to the Obligation as prescribed.

OBLIGATION

*I do, of my own free will and accord, solemnly and sincerely promise—on my sacred honor—that I will never reveal—by word or deed—any of the business of this United Brotherhood— unless legally authorized to do so. I promise to abide by the Constitution and Laws—and the will of the majority—observe the Bylaws and Trade Rules—and that I will use every honorable means—to procure employment for brother and sister members. I agree that I will ask for the Union Label—and purchase union-made goods—and employ only union labor— when same can be had. And I further affirm and declare—that I am not now affiliated with—and never will join or give aid—comfort—or support to any organization that tries to disrupt the United Brotherhood of Carpenters and Joiners of America or any of its affiliates. I pledge myself to be obedient to authority—orderly in the meetings—respectful in words and actions—and charitable in judgment of my brother and sister members. To all of this I promise and pledge—my most sacred word and honor—as long as I remain a member of this Brotherhood.*

**E**   Members in good standing may visit any Local Union.

**F**   Each member is required to keep the Recording Secretary and Financial Secretary properly notified of correct place of residence, and electronic mail address if available, and any change of same, and shall be assessed administrative costs of One Dollar ($1.00) if this information is not kept current.

**G**   A member can remain a contractor or enter into the business of contracting, provided the member becomes signatory to and complies with the United Brotherhood collective bargaining agreement covering their  work, obeys trade rules and complies with the

Constitution and Laws of the United Brotherhood. Any violation of this rule shall be punished after due trial by a fine or expulsion. A contracting member shall not be eligible as an officer, business representative, or delegate of a Local Union or eligible to vote for officers, business representative(s), and delegates and shall not be eligible to vote on the wage question.

**H** An ex-member desiring to rejoin the United Brotherhood may be readmitted only as a new member, subject to such readmission fee as provided for in the Bylaws of the Local Union or Council where application for membership is made. The Local Union or Council readmitting the ex-member shall ascertain the reason he or she was dropped from membership and if dropped for nonpayment of dues, shall collect an additional sum of Fifty Dollars ($50.00). Also if said ex-member owed any fines or assessments at the time of being dropped from membership in the Brotherhood, the Local Union or Council readmitting such ex-member shall collect the amount of the indebtedness and forward it to the Local Union or to the Council to which it is due. If an ex-member does not pay any such indebtedness, the ex-member may not be accepted for readmission unless dispensation is granted by the General President. An ex-member desiring to rejoin a Local Union in the same subdivision of the trade in which he previously held membership shall not be required to take an examination with respect to his qualifications in that subdivision of the trade.

**I** The General Executive Board shall have the power to set the maximum initiation fee for all Local Unions and District Councils. Special dispensation to lower the initiation fee may be granted by the General President for organizing purposes by written request for periods up to twelve months and same may be renewed.

## FINANCES AND DUES

**A** Section 45. The minimum dues in all Local Unions shall be established in an amount not less than Sixteen Dollars and Eighty Cents ($16.80) per month for Schedule 1 Local Unions and Fourteen

Dollars and Ninety Cents ($14.90) per month for Schedule 2 Local Unions, to be paid by all members. The minimum dues shall be increased by the amount by which the per capita tax provided in Section 45D, E or F is increased by action of any Convention of the United Brotherhood, as of the effective date of any such increase in per capita tax. Whenever, in the judgment of the General President, the dues established by any Local Union or per capita tax by a District Council or Regional Council appear inadequate to enable the Local Union, District Council or Regional Council to function properly and in accordance with the Constitution and Laws of the United Brotherhood, the General President shall have the authority to make a survey of the finances of such Local Union or District or Regional Council. Upon completion of the survey, the General President shall submit a report to the General Executive Board. The General Executive Board is authorized and empowered upon the basis of the survey to establish the proper amount of such dues. The General Executive Board is also authorized and empowered to establish a minimum fee to be paid by each member for a working card. The amount of monthly dues payable by each member to his or her Local Union shall be increased by the amount by which the per capita tax provided in Section 45D, E or F is increased by action of any Convention of the United Brotherhood, as of the effective date of any such increase in per capita tax. When a Local Union raises its dues, initiation fee or levies an assessment, a secret ballot vote shall be taken at a special or called meeting. All members shall be notified by mail of time, place, and purpose of the vote. All members in good standing shall be eligible to vote. All assessments must be approved by the General President.

**B** Monthly dues are due on the first day of each month, but a member does not fall in arrears until the last day of the month in which the member owes three months' dues. No officer or member shall be exempt from paying dues or assessments, nor shall the same be remitted or canceled in any manner. Credit for payment of any month's dues will not be granted based on partial payments but only on full payment of that month's dues. All non-checkoff

monthly dues shall be considered paid on the date that payment is received at the Local Union.

**C**　Any Local Union, District Council or Regional Council may establish working dues, dues checkoff, supplemental work dues or work fees payable to the Local Union or Council by members working in its jurisdiction. If a member who owes such dues or fees fails to pay them as provided by the Local Union, District Council, or Regional Council, such dues or fees shall be charged to the member by the Financial Secretary by notice in writing that same must be paid within 30 days to entitle the member to any privilege, rights or donations. If the member does not make payment of arrears within the time prescribed, the member shall not be in good standing and he or she shall be notified in writing by the Financial Secretary that unless the amount owing is paid within thirty (30) days thereafter, his or her name shall be stricken from membership. Notices shall be sent to the last known address of the member as reported by the member to the Local Union. In cases of such assessments, working dues or fees owed to a District or Regional Council, notice to the member by the District or Regional Council shall satisfy the requirements of this Section. Any notice required to be provided under this Section may be sent to the member by electronic mail instead provided that the member has furnished to the Local Union or Council a valid electronic mail address. No officer or Business Representative, and no member receiving benefits of a collective bargaining agreement, shall be exempted from paying dues or fees established pursuant to this Section, nor shall the same be remitted or canceled in any manner.

**D**　Each Local Union shall pay to the General Secretary-Treasurer Forty Dollars ($40.00) on each new member admitted (except first year apprentices) who works in construction, and except as provided in Section 50, Eleven Dollars ($11.00) per month for each member in good standing working in construction and each non-member working in construction for whom an agency shop or similar fee is received. All such revenue shall be used for the general management of the United Brotherhood.

**E**   Each Local Union shall pay to the General Secretary-Treasurer Twenty-Five Dollars ($25.00) on each new member admitted who does not work in construction, and except as provided in Section 50, Seven Dollars ($7.00) per month for each member in good standing not working in construction and each non-member not working in construction for whom an agency shop or similar fee is received. All such revenue shall be used for the general management of the United Brotherhood.

**F**   Local Unions whose members were classified as Benefit Schedule 1 members as of December 31, 1993 shall be subject to the per capita rates set forth in Section 45D on January 1, 1994 and thereafter. Local Unions whose members were classified as Benefit Schedule 2 members as of December 31, 1993 shall be subject to the per capita rates set forth in Section 45E on January 1, 1994 and thereafter. Local Unions having members who, prior to January 1, 1994, received the United Brotherhood disability donation or joined at age 60 or older, shall pay Six Dollars and Ten Cents ($6.10) per month effective January 1, 1996, for each such member to be used in the general management of the United Brotherhood, and each such member who received a disability donation prior to January 1, 1994 shall pay the minimum dues set forth in Section 45A, unless eligible for reduced dues under Section 50. No exception shall be made except upon written approval of the General President.

**G**   The per capita tax shall be held as a standing appropriation. An order for the same shall be signed by the President and Recording Secretary without requiring a vote of the Local Union. Per capita tax includes the amounts prescribed under Sections 45D, 45E, 45F and 50 for all members, applicants on applicant billing, persons for whom an agency shop or similar fee is received, and members on reduced dues as provided in Section 50. United Brotherhood of Carpenters and Joiners of America Pension Plan contributions required under Section 59 shall also be a standing appropriation. The General Executive Board is expressly authorized to increase the per capita tax payable by Local Unions pursuant to Sections

45D, 45E and 45F and allocable to the general management of the United Brotherhood, by an amount not to exceed One Dollar ($1.00) per month effective January 1, 2016. Such action may be taken by majority vote of the General Executive Board upon its determination, in its sole discretion, that an increase has become appropriate or necessary to the continued effective operation of the United Brotherhood and/or the fulfillment of its functions under the Constitution, or is consistent with the spirit and intent of the actions of the 41st General Convention. Any such increases shall remain in effect until the General Convention of the United Brotherhood next following January 1, 2025.

**H**   The term "general management of the United Brotherhood" as used in Sections 45D, 45E, 45F and 50 shall include the establishment and maintenance of a Defense Fund. The General Executive Board is authorized to establish and maintain such a Defense Fund, to allocate a portion of the assets of the United Brotherhood to establish such a Fund and to allocate a portion of the per capita tax of the United Brotherhood to the maintenance of such a Defense Fund. The allocation of the per capita tax to the Defense Fund may be increased or decreased from time to time as determined by the General Executive Board. The Defense Fund shall be established and maintained for the purpose of enabling the United Brotherhood to combat the forces at work throughout our jurisdiction which seek to destroy or limit the United Brotherhood and its subordinate bodies in achieving our legal aims of protecting the rights of its members and prospective members and in carrying out the objects and principles of the organization.

**I**   A member who owes three months' dues shall be automatically reported as in arrears on the UBC membership processing system on the last day of the third month and per capita tax deducted only for the third month. When the member pays dues to keep within the six months' limit, but does not square the current month, starting with the third month of his or her arrearages or any month thereafter, arrears tax will be charged for the dues paid for that

month or months. When the member squares his or her arrearage by paying all back dues and the current month's dues, per capita tax for the unpaid months will be charged.

**J** It is the duty of the members of a Local Union to see that the per capita tax of the Local Union is promptly paid. Therefore, when a Local Union is three months in arrears to the United Brotherhood or to a District Council in payment of per capita tax, the General President may suspend payment of all donations to the Local Union or its members, and such Local Union shall not be entitled to representation in a District, State or Provincial Council or other chartered body of the United Brotherhood. When a Local Union is six months in arrears to the United Brotherhood or to a District or Regional Council in payment of per capita tax, its charter may be revoked by the General President. The Local Union shall be so notified and shall, upon notice by the General President, cease to exist and shall return its charter to the General Secretary-Treasurer, and the Local Union and its members shall comply with the provisions of Section 30. The General President may grant dispensation for the Local Union to continue to operate, provided it agrees to and complies with arrangements established by the United Brotherhood for payment of arrearages.

**K** A member who owes the Local Union two months' dues shall be notified by mail, in an Address Correction Requested envelope, at last known address by the Financial Secretary, not later than the fifteenth (15th) day of the second month that such dues are late and that payment should be made immediately. A member who owes the Local Union three months' dues shall be notified by mail, in Address Correction Requested envelopes, at last known address by the Financial Secretary, not later than the fifteenth (15th) day of the third month of said delinquency, that if said arrearages are not paid before the last day of the third month that the member will no longer be in good standing, will not be entitled to vote on union matters, or a seat, or office in any meetings of any Local Union or Council, and will be suspended from benefits of funeral

donation, until the member squares up entirely all of the indebtedness (including dues for the month in which the member squares up the arrearages). Such member shall further be notified that he or she will not be entitled to any donations during the time of such arrearages or for a three-month period from the date of squaring all arrearages. Any notice required to be provided under this Section may be sent to the member by electronic mail instead provided that the member has furnished to the Local Union or Council a valid electronic mail address.

**L**   A member who owes three months' dues or who has not squared his or her arrearage in full shall not be entitled to a seat, or office in any meetings of a Local Union or Council and is not in good standing and is not entitled to vote.

**M**   A member who owes a Local Union five months' dues shall be notified by mail, in Address Correction Requested envelopes, at the last known address by the Financial Secretary not later than the 15th day of the sixth month of said arrearage. Unless dues are paid by the end of the sixth month, the member's name shall be stricken from the list of membership without a vote of the Local Union. Any notice required to be provided under this Section may be sent to the member by electronic mail instead provided that the member has furnished to the Local Union or Council a valid electronic mail address.

**N**   Local Unions may impose an assessment not to exceed Five Dollars ($5.00) for each notice mailed pursuant to the requirements of Paragraphs K and M, above, to be paid by the member to whom such notice is sent.

**O**   All fines imposed and assessments legally levied, including strike assessments, and working dues, dues checkoff, supplemental work dues or work fees duly established under Section 45C, shall be charged by the Financial Secretary to the member from whom due, and the member shall be notified in writing that same must be paid within thirty (30) days to entitle the member to any privilege, rights or donations. If the member does not make payment within

the time prescribed, the member shall not be in good standing and he or she shall be notified in writing by the Financial Secretary that unless the amount owing is paid within thirty (30) days thereafter his or her name shall be stricken from membership, except in case of a fine where an appeal is pending. Notices shall be sent to the last known address of the member as reported by the member to the Local Union. In cases of fines, assessments or such dues or fees owed to a District or Regional Council, notice to the member by the District or Regional Council shall satisfy the requirements of this Section. Any notice required to be provided under this Section may be sent to the member by electronic mail instead provided that the member has furnished to the Local Union or Council a valid electronic mail address.

**P** It shall be the duty of a member's home Local Union to promptly charge and collect, in accordance with the provisions of Sections 45C and 45O, all fines imposed and assessments legally levied, and all dues and fees imposed under Section 45C, against such member by any other Local Union, District Council or Regional Council, upon written request of such other Local Union or Council, and to forward same to the Local Union or Council to which the amount is owed. If a Local Union fails to comply with this duty the General President may suspend payment of all donations to the Local Union or its members.

**Q** A member who owes a fine or assessment may continue to pay dues unless and until stricken from membership under Section 45O.

**R** Effective January 1, 2021, all District and Regional Councils and Local Unions that are not affiliated with a Council shall pay a per capita tax to the General Secretary-Treasurer in an amount to be determined by the General Executive Board not to exceed Ten Cents (\$.10) for each hour worked by members of the United Brotherhood in construction under a collective bargaining agreement within the jurisdiction of the Council or unaffiliated Local, as applicable, per month. Such per capita tax shall be paid to the General Secretary-Treasurer for each month beginning with July of 2011 by the first day of the third month following the month in which the work was

performed. This per capita tax shall be held as a standing appropriation and shall not require a vote of the Council or the membership of an unaffiliated Local Union. This per capita tax shall be in addition to any per capita tax owed by a Local Union that is not affiliated with a Council pursuant to Sections 45D, 45E, 45F or 50.

## TRANSFERS

**A**    Section 46. A member who desires to transfer from one Local Union to another Local Union must surrender his or her working card to the Financial Secretary, who shall clear the member for transfer on the UBC membership processing system if such member is eligible for transfer. Any Local Union or Council may make application for a transfer on behalf of a member at the member's request. To be qualified to be cleared for transfer, a member must have been a member of the United Brotherhood of Carpenters and Joiners of America for at least six (6) months, be in good standing, and have paid all monthly dues owed, including the current dues for the month in which the clearance is to be issued. It shall be compulsory, except in case of strike or lockout, for the Local Union to clear such member for transfer, providing the member has no charges pending and pays all arrearages, together with current month's dues. All dues in excess of month of issue shall be refunded to the member or be refunded upon request to the Local Union accepting transfer. A member against whom charges are pending and who desires to transfer may be required to deposit a sum not to exceed One Hundred Dollars ($100.00) in escrow with the District or Regional Council or Local Union where no District or Regional Council exists. Clearances for transfer shall expire thirty (30) days from date of issue. It shall be optional with the Local Union or Council to clear a member for transfer in a jurisdiction where a strike or lockout is in effect. A member may leave such jurisdiction without a clearance for transfer to seek work in another jurisdiction where no strike or lockout exists, provided the member presents a statement over the seal of the Local Union or Council in which membership is held, showing that a strike or lockout is in effect in

said jurisdiction. A District or Regional Council may by a Bylaw properly adopted and approved restrict the use of transfers among Local Unions within the District or Regional Council area.

**B** It is compulsory for the member to report to the office of the Local Union or District or Regional Council, to request a transfer into the Local Union before securing work, and comply with all local laws. And, in no case shall the Financial Secretary accept dues other than to secure a transfer from a member working in the jurisdiction of any other Local Union or Council without the consent of such Local Union or Council. It shall be the duty of the Financial Secretary accepting dues from a member for transfer who is working in another jurisdiction to immediately report same to the Council or Local Union where no Council exists.

**C** A member who desires to work in another jurisdiction and who does not wish to transfer membership, shall before going to work notify the Local Union, District Council, or Regional Council in the jurisdiction where work is secured. The member shall be subject to any working dues or other charges established in the area pursuant to Section 45C or 55B. The member shall not be required to pay building or other assessments payable by members of the Local Union, District or Regional Council in the jurisdiction in which the work is secured, unless the General President approves of the application of such assessment to members from other areas who are working within the jurisdiction of the Local Union or Council. Such member will be required to notify the Local Union or Council upon his or her departure from their jurisdiction. The General Executive Board may establish procedures to govern Working Permits with respect to specially trained workers employed by specialty or specialized contractors who hold agreements with United Brotherhood. Subject to the approval of the General Executive Board, where the General President finds it to be in the best interest of the members, locally or at large, the General President may establish such policies or procedures with respect to Working Permits as the General President may find to be appropriate.

**D** No Local Union shall have the right to collect dues again for the month paid on a member in transfer status. The Local Union clearing the member for transfer shall pay to the General Secretary-Treasurer the tax for said member for the month only in which the clearance for transfer is issued, and membership will remain in the Local Union clearing the member for transfer until the member transfers into another Local Union. When a Local Union transfers a member into its Local Union, the member shall be considered, for per capita tax purposes, a member of the Local Union effective the first day of the month following the month in which the transfer was issued.

**E** Any General Officer, while employed by the United Brotherhood, shall not be required to take a transfer from the Local Union in which the General Officer holds membership at the time of election or appointment.

**F** On entering a Local Union a member who has been cleared for transfer shall present his or her Dues Book or its equivalent to the Local Union office. If the clearance for transfer on the UBC membership processing system and Dues Book are in order, and the identity of the member established, the member shall be admitted to the Local Union as a member thereof, provided there is no strike or lockout in effect in that district, and the membership shall be so notified at the next regular meeting.

**G** The Local Union clearing the member for transfer shall refund to the member all dues in excess of the current month. The Financial Secretary who transfers the member into the Local Union shall immediately report the same to the Financial Secretary who cleared the member for transfer.

## RESIGNATION OF MEMBERS

**A** Section 47. A member can withdraw or sever connection with the United Brotherhood by submitting a clear and unequivocal resignation in writing to the Local Union. A member who resigns can only be readmitted as a new member.

**B** A member in good standing who resigns with current dues paid

may be given an Honorary Resignation Card indicating honorary withdrawal from the United Brotherhood if the member truthfully affirms in writing that he or she is leaving the industry unless it is known that the resignation has been submitted for the purpose of violating Trade Rules. Such card shall be furnished by the General Secretary-Treasurer on application by the Local Union. Within 24 months of honorary withdrawal, an ex-member who in fact left the industry may be readmitted to membership without payment of any initiation fee. If such member pays all back dues for the period of withdrawal, he or she will maintain the previous initiation date and as per Section 45K will regain donation status three months after the date of readmission but time during which the member is on withdrawal shall not be counted as time in good standing for the purpose of computing donations. If the member chooses not to pay all back dues but commences paying dues as of the current month, he or she will be given a new initiation date as of the date of readmission and shall be treated as a new member. In either event, voting rights in accordance with Section 42J will be reestablished upon completion of 12 months' consecutive membership in the Local Union following readmission, and such member cannot be nominated for or hold office under the terms of Section 31 until 24 consecutive months after readmission. The foregoing readmission privilege may not be used more than once in a 3-year period. When a member resigns, or is expelled, or an applicant as covered by the Constitution and Laws of the United Brotherhood, who works to the detriment of the United Brotherhood, the Local Union, District Council, or Regional Council may place a special initiation fee against such person, not to exceed Fifty Dollars ($50.00) over their regular initiation fee for new or ex-members as provided for in their Bylaws.

## CONDITIONAL WITHDRAWALS

**C** A member employed under an industrial agreement (non-construction member) at time of layoff (involuntary cessation of employment) whose dues are paid up for the current month may

request conditional withdrawal. If within 24 months the member reapplies, the member can reactivate his or her membership in the Local Union in which conditional withdrawal was granted without payment of initiation fee. If at the time the member so reactivates membership the member pays all back dues, he or she will maintain the previous initiation date and as per Section 45K will regain donation status three months after the date of reactivation of membership at the Local Union level but time during which the member is on conditional withdrawal will not be counted as time in good standing for the purpose of computing donations. If the member chooses not to pay all his or her back dues but commences paying dues as of the current month, he or she will be given a new initiation date as of the date of readmission and shall be treated as a new member. When any member on conditional withdrawal reactivates his or her membership, voting rights will be reestablished immediately after reactivating membership but such members cannot hold office or be nominated for office until 24 consecutive months after reactivation of membership at the Local Union level and must satisfy the requirements of Section 31.

## MEMBERS ENTITLED TO FUNERAL DONATIONS

**A**    Section 48. A funeral donation is payable for an eligible member, according to the Donation Schedules below. An eligible member is a person admitted to membership in the United Brotherhood before January 1, 1994, who was not over sixty (60) years of age at the time of admission, who dies while in good standing and at least three months after fully squaring any arrearages in monthly dues, and who has at least thirty (30) years' continuous membership under Schedule 1 or 2 at the time of death. Members admitted before January 1, 1994, shall retain the Schedule classification they had as of December 31, 1993, subject to the provisions of Section 25I, provided that members who work in construction shall not be eligible for Schedule 2 status.

*Donation Schedule 1:* An eligible member with thirty (30) years'

continuous membership and Schedule 1 status at the time of death qualifies for a $1,000 funeral donation.

*Donation Schedule 2:* An eligible member with thirty (30) years' continuous membership and Schedule 2 status at the time of death qualifies for a $300 funeral donation.

**B**     The purpose of the funeral donation is to see that the deceased member is respectably interred; therefore, on the death of a member in good standing as defined in Section 45, the donation shall be paid in the following order of priority: (1) To any person (including the estate of the deceased member) presenting satisfactory proof that he or she has paid the funeral bill, in an amount not to exceed the full donation or the amount of the bill, whichever is the lesser; (2) if no satisfactory proof, as called for in (1), is received within sixty (60) days after the member's death, or if there is a remainder after payment is made under (1), the full donation, or the remainder, may be paid to (a) the surviving spouse, if any; (b) if there is no surviving spouse, to one or more of the surviving children, if any, in amounts to be determined in the sole discretion of the General Secretary-Treasurer; (c) if there are no surviving spouse or children to the estate of the deceased. If it appears to the satisfaction of the General Secretary-Treasurer that there are insufficient assets of the deceased to warrant opening of an estate, payment may be made in the sole discretion of the General Secretary-Treasurer, to the person who has accepted responsibility to see that the deceased is respectably interred.

**C**     All revenues of the United Brotherhood, including those provided for payment of Donations under the Constitution, are part of the United Brotherhood's assets for the general management of the union and may be subject to the claims of general creditors of the United Brotherhood. If claims of general creditors of the United Brotherhood or other circumstances should require use of such revenues, it could be necessary to reduce or terminate Donation payments provided for under the Constitution.

## APPLICATION FOR DONATIONS

**A**    Section 49. The person applying for donation shall present to the Local Union concerned a certificate of death, and, if approved by the Local Union, the same shall be forwarded by the Financial Secretary to the General Secretary-Treasurer, with the United Brotherhood's donation application form properly completed and with all other papers required. Should the General Executive Board, in its sole discretion, determine that the Local Union is negligent in processing or approving the application for the donation, the Local Union shall be liable for the amount of the funeral donation. Decisions of the General Executive Board shall be final.

**B**    All applications for donations with respect to members whose death occurs on or after January 1, 2006, must be filed with the General Secretary-Treasurer within twelve months from the date of death; failure to do so shall invalidate the claim. If a claim is disapproved by the General Secretary-Treasurer, the party or parties shall have the right to appeal to the General Executive Board any time within three months from the date of disapproval.

**C**    Upon receipt of a claim, the General Secretary-Treasurer shall investigate the same and, if approved, shall at once forward to the Financial Secretary a bank check or draft for the amount of the donation due and payable to the person entitled to receive it.

**D**    Any officer, member or Local Union making use of improper means to obtain donations, or who shall make false statements or knowingly presents or signs any claim of a fraudulent character for donations, upon proof thereof when properly charged and if found guilty, may be fined, suspended or expelled from the United Brotherhood.

## REDUCED DUES

**A**    Section 50. Dues for members who are no longer working at the trade, who are age 65 or older, and who have not less than 30 years' continuous membership, shall be Six Dollars ($6.00) per month. The Local Union shall pay to the General Secretary-

Treasurer Four Dollars ($4.00) per month per capita tax for each such member. All such revenue shall be used for the general management of the United Brotherhood.

**B**　Dues for members who are no longer working at the trade and who are totally disabled shall be Six Dollars ($6.00) per month. The Local Union shall pay to the General Secretary-Treasurer Four Dollars ($4.00) per month per capita tax for each such member. All such revenue shall be used for the general management of the United Brotherhood. For purposes of this section, a member shall be considered totally disabled if drawing a Social Security Disability pension, or a Canada Pension Plan or Quebec Pension Plan Disability Pension in Canada.

## OFFENSES AND PENALTIES

**A**　Section 51. Any officer or member found guilty after being charged and tried in accordance with Section 52, for any of the following offenses, may be reprimanded, fined, suspended or expelled only by a majority vote of the members of the Local Union present at a regular meeting, or of the delegates to the District or Regional Council having jurisdiction of the offense.

(1) Causing dissension among the members of the United Brotherhood.

(2) Advocating division of the funds of the United Brotherhood or any subordinate body thereof.

(3) Advocating separation of any subordinate body from the United Brotherhood.

(4) Misappropriating the funds of any subordinate body or any moneys entrusted to him or her by a member or candidate for the account of any subordinate body.

(5) Improper harassment of any member of the United Brotherhood.

(6) Defrauding the United Brotherhood or any subordinate body.

(7) Furnishing to any unauthorized person, without the consent of the Local Union, a list of the membership.

(8) Divulging to any unauthorized person the business of any subordinate body without its consent.

(9) Crossing or working behind a picket line duly authorized by any subordinate body of the United Brotherhood.

(10) Failure to meet transfer procedures before going to work in a locality where a strike or lockout is pending or in effect.

(11) Lumping for any owner, builder, contractor, manufacturer or employer.

(12) Violating the Obligation.

(13) Soliciting or accepting contributions, by a candidate for any elective office or position, from other than members of the United Brotherhood.

**B** Any member charged with violating the Bylaws and Trade Rules of the locality in which he or she is working may be charged and tried in accordance with Section 52, and if found guilty may be fined in an amount not in excess of Three Hundred Dollars ($300) by the Local Union, District Council, or Regional Council having jurisdiction.

**C** No officer, representative or member of the United Brotherhood or any Council or Local Union shall be subject to charges or trial based on their actions in complying with or assisting or cooperating in implementing any instructions, directions or rulings of the United Brotherhood or any General Officer.

**D** A member against whom charges have been preferred, may attend meetings until the charges have been disposed of. An officer, business representative, delegate, or committee member may be suspended from office by a majority vote of the members of a Local Union at a regular meeting, or by a majority vote of delegates to a District Council or Regional Council while the case is pending. Where a Local Union is affiliated with a District or Regional Council, only the District or Regional Council shall have the authority to

vote such a suspension. An officer or Business Representative may be suspended without pay, but if such an officer or Business Representative is found not guilty of all charges, by a Trial Committee or on appeal, he or she shall be entitled to recover all back pay withheld from the Local Union, District Council or Regional Council.

## CHARGES AND TRIALS

**A**    Section 52. Any member charged with an offense under Section 51 or Bylaws or Trade Rules shall be given a fair and impartial trial, and must exhaust all remedies allowed by Sections 52 and 53 before taking the case to the civil courts.

**B**    A member must be charged and tried within the jurisdiction of the Local Union, District Council, or Regional Council where the offense was committed. Where a District Council or Regional Council exists, all charges shall be filed in and tried by the District Council or Regional Council. Provided, however, that the General Executive Board shall have jurisdiction to initiate and conduct trials pursuant to the provisions of Section 14D. Where a District Council or Regional Council is under trusteeship, charges shall continue to be processed by the Council unless the General President authorizes the filing and processing of charges in an affiliated Local Union.

**C**    All charges must be in writing, must specify the particular Paragraph of Section 51 or the particular Bylaw or Trade Rule violated, and must contain a brief statement of the facts upon which the charge is based.

**D**    When charges are filed in the Local Union, District Council, or Regional Council, they shall be referred promptly to the Executive Committee of the Local Union, District Council, or Regional Council.

1)    The Executive Committee shall dismiss any charge alleging a violation described in Section 51A that is filed more than six (6) months after the date the violation occurred or reasonably should have been discovered; any charge alleging a Bylaw or

Trade Rule violation that is filed more than thirty (30) days after the violation occurred or reasonably should have been discovered; and any charge that the Committee determines is without sufficient foundation or does not conform to the provisions of Paragraphs B and C above. The Executive Committee may dismiss charges for reasons stated under Section 52 (D)(1) without first having the member appear before the Committee under Section 52 (D)(2).

2)  If the Executive Committee determines that charges conform to the provisions of Paragraphs B and C above, the member shall be notified in writing to appear before the Executive Committee. The charges shall then be processed according to one of the following alternatives:

   (a)  The Executive Committee may dismiss the charges for a reason stated in Paragraph 1 above or because the accuser fails to appear before the Executive Committee after being notified in writing to appear before the Committee.

   (b)  The Executive Committee may refer the charges for trial to the Local Union or District or Regional Council.

   (c)  A Local Union, District Council, or Regional Council may adopt a procedure whereby an accused may plead guilty to specific charges, agree to pay a fine or to a reprimand acceptable to the accused and Local Union or Council and waive trial and all appeals (other than an appeal alleging violation of the waiver agreement). The waiver agreement must recite the Sections allegedly violated and the specifications for the charges.

**E**  All charges referred to a Local Union, District Council, or Regional Council must be read at a meeting, and the member must be notified by registered or certified mail by the Recording Secretary of the Local Union or Council to be present at such meeting, and at the same time shall be furnished by the Recording Secretary with a copy of the charges specified. If a standing Trial Committee has been established, the notice shall list the names of the members

of the Trial Committee and advise the accused member of his right to strike from said list any three names which appear thereon, and the accuser shall at the same time be furnished with that list and notified of his right to strike three names. The notice shall be sent to the member's last known address.

**F**   A Trial Committee consisting of five members of the Local Union or five delegates to the District or Regional Council shall be selected as follows:

(1)   The Local Union, District Council, or Regional Council shall nominate eleven members or delegates. The Recording Secretary of the Local Union or District Council shall place their names in the ballot box and the Vice President shall draw the same from the box and call the names aloud until five have been drawn. The accused and the accuser shall have the alternative of each challenging any three members of the Trial Committee; the member so challenged shall not serve. When the five have been selected, they shall constitute the Trial Committee and the case shall be given to them for trial.

(2)   In the alternative, a Local Union, District Council, or Regional Council may appoint or elect a standing Trial Committee consisting of eleven members. If the Local Union, District Council, or Regional Council receives timely challenges in any case, the names of the challenged members shall be stricken from the list. After the time for challenges has expired, the Local Union, District Council, or Regional Council President shall appoint five members of the standing Trial Committee to hear the case, and the case shall be given to them for trial.

**G**   Any officer or member who is a party to or directly interested in any case in a Local Union, District Council or Regional Council shall not be permitted to act as a member of the Trial Committee. Members of the Local Union Executive Committee (where charges are processed in a Local Union), or members of the District Council or Regional Council Executive Committee (where charges are processed in a District Council or Regional Council) shall not be

permitted to act as members of the Trial Committee. Where sufficient eligible delegates are not available to form a Trial Committee panel, a District or Regional Council may draw upon members of affiliated local unions.

**H** At the request of the Chairperson of the Trial Committee, the Recording Secretary of the Local Union or the Secretary of a District Council or Regional Council, shall, without delay, summon the accused and accuser in writing, together with all witnesses whose names have been submitted in writing, and the case shall be tried on such date(s) as the Chair shall determine.

**I** The accused and the accuser may appear before the Trial Committee in person and/or by counsel (who shall be a member of the United Brotherhood), and shall be entitled to be present at all times when the Trial Committee is receiving evidence. All testimony shall be accurately recorded in writing. There shall be only one official transcript of the proceedings as authorized by the Local Union, District Council or Regional Council Executive Committee and the Trial Committee Chairperson shall prohibit the recording or other transcription of the proceedings other than by the designated official reporter. Persons who are not members may be called as witnesses by either side. No member shall be suspended, expelled or fined in an amount in excess of Two Hundred and Fifty Dollars ($250.00) unless the proceedings of the Trial Committee shall have been properly recorded by a competent stenographer who need not be a member. If the accused fails to appear, the Trial Committee shall proceed with the trial as though the accused were present. In the event that the accuser fails to appear, costs of the trial not exceeding Fifty Dollars ($50.00) may be charged against the accuser and the charges shall be dismissed by the Chairperson of the Trial Committee forthwith.

**J** The following trial procedure shall be observed:

(1) The Chairperson shall read the charges and ask the accused if he or she is "guilty" or "not guilty." If the plea is "guilty," the Trial Committee shall so find and shall report its verdict to the

Local Union, District Council or Regional Council Executive Committee without further proceedings. If the plea is "not guilty," the trial shall then proceed.

(2) The accuser's case shall be presented first.

(3) Witnesses shall be called into the trial room one at a time, and will leave upon completing their testimony, subject to recall by either the Trial Committee or any of the parties.

(4) The accuser's witnesses shall be called first.

(5) Each party or his or her counsel shall have the right to cross-examine witnesses presented by the other party.

(6) Before the Trial Committee shall begin their deliberations, all other persons shall leave the trial room.

**K** When the committee has come to a decision in the case, the Chairperson of said committee shall so notify the Local Union, District Council or Regional Council Executive Committee. The committee shall submit a full report of the case with their verdict in writing to the Local Union, District Council or Regional Council. The Local Union, District Council or Regional Council Executive Committee shall notify the accused of the meeting at which the committee's report will be presented, and that if the finding is guilty that any penalty to be imposed will be considered at that meeting. The notice shall be mailed to the accused and accuser at their last known addresses not less than ten (10) days before the meeting at which the committee will report.

**L** If the finding is guilty, the Trial Committee shall recommend in its report such legal penalty as it deems proper, which then must be approved by a majority of the members present. There shall be no debate or review of the case by the Local Union, District Council or Regional Council Executive Committee, except that the accused and the accuser shall be allowed to plead for, or state their side. The Chair shall announce the penalty. The accused member and the Local Union to which the member belongs shall be promptly notified of the verdict and the penalty.

**M** The penalty imposed upon a member may be set aside or reduced by a majority vote of the members of the subordinate body which imposed it before an appeal is filed. After an appeal is filed the penalty may be reduced or set aside only with the approval of the General Executive Board.

## APPEALS AND GRIEVANCES

**A** Section 53. A member who has been found guilty of a charged violation under Section 52 may file an appeal with the General Secretary-Treasurer in accordance with the provisions of this Section. No appeal shall be permitted from a verdict of a Trial Committee finding a member not guilty of charges filed against him or her. All appeals received in proper form shall be referred by the General Secretary-Treasurer to an Appeals Committee for decision, subject to a final appeal to the General Executive Board; provided however, that cases involving expulsions from membership may be appealed to the General Convention.

**B** The Appeals Committee shall be appointed by the General President and shall consist of five (5) members. The Chairperson of the Appeals Committee shall be designated by the General President and all members of the Appeals Committee shall serve at the discretion of the General President. Three (3) members shall constitute a quorum of the Appeals Committee and the Appeals Committee may decide any case referred to it by a majority vote of the members present and voting at any meeting at which a quorum is present. Where the circumstances warrant, and subject to the approval of the General President, the Chairperson of the Appeals Committee may designate one or more members of the Appeals Committee to conduct a hearing or other investigation in any case and report findings and recommendations to the next meeting of the Appeals Committee. The decisions of the Appeals Committee shall be reported by the Chairperson to the General Secretary-Treasurer who shall notify the parties of said decisions.

**C** The penalty imposed by a Local Union, District Council or

Regional Council shall not be effective while an appeal to the Appeals Committee is pending except as provided herein. Except as provided in Sections 53C(1) and (2) below, penalties shall be stayed and shall not be enforced during the time provided for filing an appeal under Section 53D.

(1) No appeal can be entertained by the Appeals Committee where any sum of money in excess of Fifty Dollars ($50.00) is involved unless the appellant has first paid to the Local Union, District Council or Regional Council Fifty Dollars ($50.00) on account, to be held until the appeal is decided by the Appeals Committee, and if said appeal is decided against the appellant, the full amount imposed must be paid before a further appeal can be taken.

(2) In all cases where the fine is Fifty Dollars ($50.00) or less, the member fined shall pay the full amount to the Local Union, District Council or Regional Council imposing same.

(3) When a fine is imposed by the Local Union, District Council or Regional Council and an appeal is taken, any payment of said fine shall be held by the body assessing same until said appeal is finally and completely decided.

**D** An appeal to the Appeals Committee shall be filed within sixty (60) days from the date the penalty was imposed. (An appeal is considered as filed on the date it is received at the General Office of the United Brotherhood as provided in Section 53I.) A copy of the appeal shall be mailed or delivered to the Local Union, District Council or Regional Council imposing the penalty. Every appeal shall contain:

(1) A brief statement of the case and the grounds relied upon by the appellant.

(2) The penalty, the date imposed and the Local Union, District Council, or Regional Council which imposed it.

All appeals must be sworn to before a Notary Public. If a fine is involved, the appeal must be accompanied by a receipt showing

payment of the amount required by Paragraph C above.

**E**   When an appeal is filed, the Local Union, District Council or Regional Council shall file an answer, which shall include the following:

(1)   A copy of the charges.

(2)   A copy of the minutes and/or transcript of the Trial Committee setting forth the evidence submitted at the trial.

(3)   The report of the Trial Committee.

(4)   The penalty placed against the appellant, the vote thereon, and the date imposed.

(5)   The Council's or Local Union's response to the appeal filed by the accused.

(6)   If the charges alleged violations of Bylaws or Trade Rules, a copy of the applicable Bylaw or Trade Rule provisions.

The answer, which must be sworn to before a Notary Public, and two (2) copies of the Answer, must be filed with the General Secretary-Treasurer within thirty (30) days after notice that the appeal has been accepted. A copy of the answer, together with a complete record of the Trial Committee proceedings, shall be served upon the appellant by the Local Union or Council that approved of the penalty.

**F**   If a Local Union, District Council, or Regional Council fails to file an answer in accordance with the requirements of Section 53E, the Appeals Committee shall nevertheless have the power to decide the appeal on the evidence before it.

**G**   Any member, or any Local Union or District, Regional, State or Provincial Council having any grievance may appeal to the General President within thirty (30) days from the date the grievance occurred. All protests directed to the conduct of nominations or elections, or election procedures, in any subordinate body may be appealed to the General President within thirty (30) days from the date of the election. All grievances and election protests shall be

in writing and shall contain a brief statement of the grounds relied upon. Decisions of the General President on protests directed to the conduct of nominations or elections, or election procedures, shall be final. Decisions of the General President on grievances may be appealed to the General Executive Board, whose decision shall be final. Also, decisions of the General Executive Board in all cases involving geographical jurisdiction, mergers, consolidations, and formation of Councils shall be final.

**H** All appeals from decisions of the General President or the Appeals Committee to the General Executive Board must be filed with the General Secretary-Treasurer within thirty (30) days from the date of receipt of the General President's decision or notice of the decision of the Appeals Committee. Also, any appeal from a decision of the General Executive Board to the General Convention must be filed with the General Secretary-Treasurer within thirty (30) days from the date of receipt of the decision of the General Executive Board.

**I** An appeal, protest, grievance or answer shall be considered as filed under this Section on the date it is received at the General Office of the United Brotherhood; if received on a Monday or the day after a holiday they shall be considered as filed on the last preceding day on which the General Office was open for business.

**J** All members and all Local Unions and Councils are required to exhaust the administrative remedies provided in this Section before commencing proceedings in any court or any agency provided by law. This provision shall not supersede or limit the right to petition law enforcement authorities to remedy alleged violations of criminal law.

## FUNDS OF LOCAL UNIONS

**A** Section 54. The General Funds or property of a Local Union or Council shall be used only for such purposes as are specified in the Constitution and Laws of the United Brotherhood and as may be required to transact and properly conduct its business, viz.:

Payment of salaries and donations to sick members; purchasing stationery, books, cards, printing, payment of rent, or any legally authorized bill against the Local Union or Council. But under no circumstances shall any of the General Funds be used for loans or donations to members, Contingent Funds, credit union sponsored by the Local Union or Council, or for political or religious purposes, except as approved by the General President. Violation of this Section subjects the offending Local Union or Council to the penalty of suspension. Funds to be used for any other purpose must be handled through a Contingency Fund.

**B**   No donation for any purpose, except sick donations, shall be given except by a majority vote of members present, and cannot be declared valid at the meeting of its introduction, but must lay over to the next meeting (except in case of appeals for aid from Local Unions on strike with sanction of the General Executive Board).

**C**   The funds or property of a Local Union or Council cannot be divided in any manner among the members individually, but shall remain the property of the Local Union or Council for its legitimate purpose.

**D**   Except as provided for in applicable bylaws, all moneys paid out of the funds of a Local Union or Council with the exception of per capita tax, cost of bonds of financial officers and payments required under Section 59B and Section 43C must be by majority vote of the members, or delegates, present. No appropriation of money can be voted after 10:30 p.m.

**E**   Any Local Union charging more than the minimum dues as prescribed in Section 45A or any Council may create a special Relief and Contingent Fund for use aside from the General Fund. Local Unions may use all dues in excess of the above dues, proceeds of entertainments, and may levy an assessment for said fund in accordance with the provisions governing special assessments. Councils may use any revenue in excess of that required for proper operation of the Council for such Contingency Fund.

**F**   This fund may be used for the relief of aged members,

organizations, or for any other purpose the Local Union or Council may decide, except to support a dual organization, for partisan politics, religious purposes, or investments in a credit union sponsored by the Local Union or Council, or for any purpose that may be inimical to the interests of the United Brotherhood; provided, however, if property is purchased with said fund the property shall be held in the name of the Local Union or Council of the United Brotherhood of Carpenters and Joiners of America, as specified in the Constitution of the United Brotherhood. The term partisan politics does not include support of or financial contribution to a candidate for state, provincial or local office provided such support or contribution is not contrary to law, is approved by vote of the members or delegates to the body, and is based not on party politics or the candidate's political affiliation but is based on the candidate's position as a supporter and advocate of objects, principles and legislative goals of our organization.

## GENERAL STRIKES AND LOCKOUTS

**A** Section 55. Strikes and lockouts in Local Union or Council areas shall be financed by the Local Union or Council as provided in Paragraph B of this Section, together with such funds of the Local Union or Council as it may appropriate or provide for by separate assessment. The United Brotherhood shall not be financially responsible for such strikes or lockouts and shall not, by approving strike action in a Local Union or Council area or by assigning a representative to assist a Local Union or Council in settling a dispute or negotiating an agreement, assume financial responsibility for a strike or lockout. The General Executive Board may, in its discretion, grant supplemental financial assistance to a Local Union or Council in the event of a strike or lockout, in such amount and under such terms as the General Executive Board shall determine to be appropriate and consistent with the interests of the entire United Brotherhood. A Local Union or Council seeking or obtaining such supplemental financial assistance shall comply with the following provisions set forth in Section 55. The authority of

the General Executive Board as established in this Section may be exercised by the General President, in consultation with the General Secretary-Treasurer, subject to such rules as the General Executive Board may from time to time adopt. Requests for financial assistance, together with all supporting information, shall be submitted to the General President.

**B** Members affected by a strike but who are permitted to work in a bargaining area where a strike is in progress shall pay an assessment to the District Council, Regional Council, or Local Union an amount not less than two hours' pay for each day worked during the strike for the purpose of establishing a strike and defense fund. Such fund shall be used to provide benefits for members unemployed because of the strike and to pay bills and other expenses incurred in connection therewith. A Local Union or Council which has an adequate reserve in its strike fund may request dispensation from the General President to reduce the amount of the assessment payable under this Section.

### LABEL

**A** Section 56. The following design shall be the official label of this United Brotherhood.



**B** The following design shall be the official emblem of the United Brotherhood.

**C**   The General Office shall, as soon as possible, through the good offices of some District Council, Regional Council, or Local Union in each State or Province, have the label registered. Registry is to be in the name of the United Brotherhood of Carpenters and Joiners of America, and the expense to be borne by the General Office. After such registry, each District Council, Regional Council, or Local Union where no District or Regional Council exists, shall apply to the General Vice President for sanction to use the label and give such information pertaining to conditions in that district as required, and after receiving sanction from the General Vice President, shall issue labels of the foregoing design, with name or number of the District Council, Regional Council, or Local Union issuing same, printed in its proper place on the label, to such shops and mills in that district as are entitled to same, and all labels must be secured from the General Office, which shall furnish them at cost under the conditions set forth herein.

**D**   No agreement shall be made or renewed with any firm granting the use of the label after April 1, 1916, unless all shops and mills of the firm have an eight-hour work-day or less and employ only members of the United Brotherhood, except where dispensation has been granted by the General President upon application from the District Council, Regional Council, or Local Union.

**E**   Each shop, mill or factory shall have a Shop Steward who shall have supervision over the label, stamp, or die; it shall be the duty of the Steward to see that said label, stamp, or die shall not be placed on any manufactured article other than that which is made under the agreement. Said label must be applied to the article in the shop or mill where manufactured and must at no time be removed for use from the shop or mill. It shall be the duty of the Shop Steward to see that the agreement with the District Council, Regional Council, or Local Union is carried out in its entirety.

**F**   The Shop Steward shall be appointed by the Business Representative or elected by the employees of the shop, mill or factory where employed.

**G**   Under no circumstances shall employers be permitted to handle labels or have them in their charge, nor shall anyone but a member of the United Brotherhood be permitted to attach them, and the Shop Steward shall at all times keep them securely locked up, so that no one else may have access. All labels shall be attached to finished product by members of the United Brotherhood in such a manner that they cannot be removed therefrom without destroying the label.

**H**   Each label except decal shall have the factory, shop or mill number stamped thereon. Wherever a label except decal is applied without the factory number thereon it shall be regarded as forged. The factory number, in conjunction with the name of the District Council, Regional Council, or Local Union issuing said label, will thus permit recognition of the product of any particular factory in any part of the jurisdiction of the United Brotherhood.

**I**   It shall be the duty of the Secretary of each District Council, Regional Council, or Local Union issuing labels to keep a correct and accurate account of all labels received from the General Office, their numbers and the shops to which they have been issued, and to furnish all information regarding the use of the label which may be called for by the Council or the General Vice President.

**J**   The Shop Steward shall receive and account for the use of the labels and make a report to the District Council, Regional Council, or Local Union monthly, or oftener if required, and to the General Vice President upon request.

**K**   Upon request of the General Vice President, a representative shall be sent to investigate the conditions of any mills using the label, and upon receipt of report the General President shall furnish a copy of same to the General Vice President.

**L**   In case of any violation of an agreement or grievance against an employer, the label shall be withdrawn when ordered by the General Vice President.

**M**   The General Vice President, with the sanction of the General Executive Board, shall have the power to order the withdrawal of

the label from any factory, shop or mill, upon charges duly made, and shall have power to regulate and investigate the issuance of the label in accordance with the Constitution and Laws of the United Brotherhood. The General Vice President shall have power to grant dispensation for use of the label, stamp or die where such will be beneficial to the Organization.

**N** It shall be the duty of all District Councils, Regional Councils, Local Unions and each member to promote the use and installation of trim and shop-made carpenter work, hotel, bank, bar, store, and office fixtures, and of church, school, household furniture, etc., bearing the Union Label, and to make it generally known to the members of the Local Union that it is necessary to all mill and shop members and the United Brotherhood that products made in factories, shops or mills where only members of the United Brotherhood are employed should be installed by fellow-members.

**O** Where owner or architect specifies that union materials shall be used on any job or building, none other shall be handled by the membership of our Brotherhood, under penalty of suspension from the United Brotherhood.

**P** The misuse of the Union Label or Stamp by the Shop Steward shall subject the Shop Steward to charges and if found guilty, after being charged and tried, he or she shall be fined not less than Fifty Dollars ($50.00) and removed as Shop Steward for the first offense, and for the second offense shall be expelled.

**Q** No member shall use or authorize the use of any copy or replica or other duplication of the label or emblem of the United Brotherhood or any part thereof for any personal, commercial or other unofficial use without the express written approval of the General Executive Board or the General Vice President.

## AMENDMENTS

**A** Section 57. The Constitution herein contained can be amended or altered at regular sessions of the Convention by a majority vote of the delegates present.

**B** All amendments to the Constitution submitted by Local Unions or District, Regional, State or Provincial Councils for the consideration of the Convention shall be filed with the General Secretary-Treasurer not later than sixty days preceding the holding of the Convention, and the said amendments shall be published in "The Carpenter" in the issue immediately following the expiration of the filing deadline by the General Secretary-Treasurer. Proposed amendments must list the Section and paragraph that is to be amended and must be typewritten, signed by the President and Secretary of the Local Union or Council, and under Official Seal. No further amendments shall be considered by the Constitution Committee, other than those submitted in accordance with the above or submitted to the Constitution Committee by the General Executive Board; however, amendments offered from the floor to any Section while it is being reported on by the Constitution Committee may be taken under advisement by the Constitution Committee.

**C** At any time the General Executive Board deems a new law or amendment is necessary to govern the United Brotherhood, they may recommend a clause to the Local Unions to be submitted to a general vote in accordance with this Section; and should a majority vote of the members voting at a special called meeting support the recommendation, it shall become a law. No new laws or amendments shall be submitted for a vote of the Local Unions between Conventions in which the result of such vote would not become a law six months prior to the holding of the General Convention.

**D** Any Local Union may submit an amendment to the Constitution of the United Brotherhood. The proposed amendment must be sent to the General Secretary-Treasurer, who shall publish it in "The Carpenter" one month prior to the next regular meeting of the General Executive Board, and if approved by that body, it shall be submitted to a general vote. A proposed amendment which is endorsed at meetings called for that purpose by at least thirty (30) Local Unions located in as many States and/or Provinces, and provided further that the members of the Local Unions which endorse

the proposed amendment constitute at least twenty-five (25) percent of the total membership of the United Brotherhood as of the date the proposal is submitted, approval of the General Executive Board shall not be required.

**E**   All proposed amendments to the Constitution must be submitted separately listing the section and paragraph that is to be amended.

**F**   Whenever a general vote of the members is taken, a statement shall be submitted along with it by the parties sending it out, giving their reasons why such amendment should become a law, and the General Secretary-Treasurer shall state the number and location of the Locals that have endorsed same. It shall require a majority vote of the members voting, by secret ballot to decide, and said general vote, under Seal of the Local Union, shall be returnable to the General Secretary-Treasurer within six weeks from date of circular calling for the vote, and the result, pro and con, in each Local Union shall be published in pamphlet form containing a copy of amendment or amendments voted on and distributed to all Local Unions in the same manner as the monthly Financial Statement. It shall be unlawful for any Local Union to report members as having voted on any referendum unless they are present and voting. Any Local Union or Union official that conspires to willfully make a false report on votes cast on a referendum shall be subject to charges under Section 51 of the Constitution of the United Brotherhood of Carpenters and Joiners of America.

## PROPERTY

Section 58. All officers, Business Representatives and Assistant Business Representatives, at the expiration of their term of office, when removed from their offices or positions, when suspended under Section 51D, when they resign from their offices or positions, or when their offices or positions are declared vacant, shall deliver to their successors or to the Local Union, Council, or the United Brotherhood, as applicable, all books, papers, records, moneys and other

property in their possession belonging to the Local Union, Council, or the United Brotherhood, and they shall not be relieved from their bonds or obligations until this Law is complied with. A member who has served as a financial officer of a Local Union or Council shall be entitled to have an audit made of his or her financial books and records after he or she ceases to hold the financial officer position, provided that he or she submits a timely written request for an audit to the Local Union or Council involved. Any request for such an audit must be submitted to the Local Union or Council involved, in writing, by no later than thirty (30) days after the member ceases to hold the financial officer position involved. In the event an audit is not made in accordance with the foregoing, a financial officer succeeding to office shall be entitled to have an audit made of his or her predecessor's financial records. Delivery of financial books and records to the Trustees or auditor selected by the Local Union or Council shall constitute compliance with this section. The cost of such audit is to be borne by the Local Union or Council.

## PENSION PLAN

**A** Section 59. There shall be established and maintained by the United Brotherhood a Pension Plan for such officers and representatives as may be eligible, including such other employees as may be necessary to maintain qualification of the Plan as a tax exempt trust within the meaning of the U.S. Internal Revenue Code. The Pension Plan shall be known as "United Brotherhood of Carpenters and Joiners of America Pension Plan."

**B** The United Brotherhood and each Local Union, District, Regional, State, Provincial and other Councils shall pay each month to the Trustees of the Pension Plan the contributions owed with respect to each officer, representative, and employee covered by the Plan, which shall be a standing appropriation and shall not require a vote of the United Brotherhood, Local Union or Council. The General Executive Board is authorized to determine the amount of contributions payable to the Pension Plan.

**C**   The Trustees of the Pension Fund shall be appointed by the General President with the approval of the General Executive Board.

## CODIFICATION

Section 60. All Laws or parts of Laws previously enacted by the United Brotherhood, and standing decisions of the General Executive Board, in conflict with the Constitution of the United Brotherhood, are hereby repealed and the General Executive Board is hereby authorized and empowered to make any needed changes as required by the vote of the delegates to the Convention of the United Brotherhood.

## STANDING DECISIONS OF THE GENERAL EXECUTIVE BOARD

**1887**    **February 15**—A Union not holding meetings at least once a month forfeits its charter and is not eligible to donations.

**September 17**—Grading wages is demoralizing to Union principles and to the welfare of the trade and no Local Union should adopt the system of grading wages.

**1888**    **March 10**—A Local Union can fix a fine as penalty for non-attendance of members at a monthly meeting.

**1891**    **July 16**—All donations are forfeited by a suspended Union the same as a suspended member. A suspended Union cannot be entitled to any donations other than those prescribed for a new Union.

**1897**    **April 7**—Working Cards can only be issued through the Local Unions or District Councils of the United Brotherhood and without discriminating charge in any locality against outside members.

**April 9**—Every part of the Ritual is just as binding on members as is the Constitution and Laws of the United Brotherhood.

**1898**    **April 5**—Members violating Trade Rules and called out on strike are not entitled to strike donations.

## PARLIAMENTARY RULES

**Rule 1.** On motion, the regular order of business (see inside front cover) may be suspended by a two-thirds vote of the meeting at any time, to dispose of any urgent business.

**Rule 2.** All resolutions and resignations must be submitted in writing.

**Rule 3.** Any conversation by whispering or otherwise, which is calculated to disturb a member while speaking, or hinder the transaction of business, shall be deemed a violation of order.

**Rule 4.** Partisan politics or sectarian discussion shall not be permitted in the meeting under any circumstances.

**Rule 5.** All questions of a parliamentary nature not provided for in these Rules shall be decided by Roberts' Manual.

## MOTION

**Rule 6.** A motion to be entertained by the presiding officer must be seconded, and the mover as well as the seconder must rise and be recognized by the Chair.

**Rule 7.** Any member having made a motion can withdraw it by consent of the seconder, but a motion once debated cannot be withdrawn except by a two-thirds vote.

**Rule 8.** A motion to amend an amendment shall be in order, but no motion to amend an amendment to an amendment shall be permitted.

**Rule 9.** Any member may call for a division of a question when the sense will admit thereof.

## DEBATE

**Rule 10.** A motion shall not be subject to debate until it has been stated by the Chair.

**Rule 11.** A member who wishes the floor shall rise and respectfully address the Chair, and if recognized by the Chair, shall be entitled to the floor.

**Rule 12.** If two or more members shall rise to speak at the same time, the Chair shall decide which is entitled to the floor.

**Rule 13.** Each member, when speaking, shall confine his or her remarks to the question under debate and avoid all personal, indecorous or sarcastic language.

**Rule 14.** No member shall interrupt another while speaking, except to a point of order, and shall definitely state the point, and the Chair shall decide the same without debate.

**Rule 15.** If a member while speaking be called to order, he or she shall take his or her seat until the point of order is decided, when, if decided in order, he or she may proceed.

**Rule 16.** If any member shall feel personally aggrieved by a decision of the Chair, he or she may appeal to the Local Union from the decision.

**Rule 17.** When an appeal is made from the decision of the Chair, the Vice President shall then take the Chair, and shall state the appeal to the meeting in these words: "Shall the decision of the Chair be sustained as the decision of the Union?" The member will then have the right to state the grounds of appeal, and the Chair will give the reason for the decision, thereupon the Union will proceed to vote on the appeal, without further debate, and it shall require a majority vote to sustain such appeal.

**Rule 18.** No member shall speak more than once on the same subject until all the members desiring the floor shall have spoken, nor more than twice, without unanimous consent, nor more than five minutes at any one time.

**Rule 19.** The presiding officer shall not speak on any subject unless he or she retires from the Chair, except on points of order and appeals from the decision of the Chair, and in case of a tie, shall have the deciding vote.

## PRIVILEGED QUESTIONS

**Rule 20.** When a question is before the meeting, no motion shall be in order except: (1) to adjourn; (2) to lay on the table; (3) for the previous question; (4) to postpone to a given time; (5) to refer or re-commit; (6) to amend. And these motions shall have precedence in the order herein arranged. The first three of these motions are not debatable.

**Rule 21.** When the previous question is moved and seconded, it shall be put in this form: "Shall the main question be now put?" If this is carried, all further motions, amendments and debate shall be excluded and the main question put without delay.

**Rule 22.** If a question has been amended, the question on the amendment shall be put first. If more than one amendment has been offered, the question shall then be put as follows: (1) amendment to the amendment; (2) amendment; (3) original proposition.

**Rule 23.** When a question is postponed indefinitely, it shall not come up except by a two-thirds vote.

**Rule 24.** A motion to adjourn shall always be in order, except: (1) when a member has the floor; (2) when members are voting; (3) when it has been decided to take the previous question.

## TAKING THE VOTE

**Rule 25.** Before putting a question to vote, the presiding officer shall ask: "Is the Union ready for the question?" Then shall be open for debate. If no member arises to speak, the presiding officer shall then put the question in this form: "All in favor of the motion say 'Aye,'" and after the affirmative vote is expressed, "Those of the contrary opinion say 'No.'" After the vote is taken the Chair shall immediately announce the result.

**Rule 26.** When the presiding officer has commenced taking a vote, no further debate or remarks shall be allowed unless a mistake has been made, in which case the mistake shall be rectified and the presiding officer shall again take the vote.

**Rule 27.** Before the presiding officer declares the vote on a question, any member may ask for a division of the house; then the Chair is in duty bound to comply with the request, and a standing vote shall then be taken, and the Conductor shall count the same.

**Rule 28.** Every member present shall vote on all questions before the Union, unless personally interested or excused by the Union.

**Rule 29.** When a blank is to be filled, the question shall be taken first upon the largest sum or number, or the longest or latest time.

**Rule 30.** When a question has been decided it can be reconsidered only at the same meeting or on the next regular meeting night.

**Rule 31.** A motion to reconsider must be made and seconded by two members who voted with the prevailing side.

**Rule 32.** All questions, unless otherwise provided, shall be decided by a majority of all votes cast.

## OBLIGATION

*I do, of my own free will and accord, solemnly and sincerely promise—on my sacred honor—that I will never reveal—by word or deed—any of the business of this United Brotherhood—unless legally authorized to do so. I promise to abide by the Constitution and Laws—and the will of the majority—observe the Bylaws and Trade Rules—and that I will use every honorable means—to procure employment for brother and sister members. I agree that I will ask for the Union Label—and purchase union-made goods—and employ only union labor—when same can be had. And I further affirm and declare—that I am not now affiliated with—and never will join or give aid—comfort—or support to any organization that tries to disrupt the United Brotherhood of Carpenters and Joiners of America or any of its affiliates. I pledge myself to be obedient to authority—orderly in the meetings—respectful in words and actions—and charitable in judgment of my brother and sister members. To all of this I promise and pledge—my most sacred word and honor—as long as I remain a member of this Brotherhood.*

PRESIDENT.—[To Newly Initiated Member.]—*You have now been admitted into the United Brotherhood of Carpenters and Joiners of America and you are entitled to all the rights, benefits and privileges as a member thereof, as specified in the Constitution, and having assumed the duties and honors of a member of the United Brotherhood, we extend to you the hand of fellowship.*

[After that the President will return to his (her) chair, give ONE DISTINCT RAP, when the members take their seats. He (she) will address the Conductor. ]

PRESIDENT.—*Brother (Sister) Conductor, you will now lead the newly initiated Brother (Sister) to the Financial Secretary's desk, where he (she) will hand in his (her) name and address, and comply with all other requirements of the Constitution and the laws of this union. He (she) will then obtain his (her) card of membership.*

[NOTE—The Financial Secretary in the meantime should have the card of membership prepared, to avoid delay. After complying with this, the Conductor will escort the new member to his (her) seat.]

## INSTALLATION CEREMONY

## (For Installation of all General, Local or District Officers.)

[NOTE—The President shall appoint an Installing Officer who will take the President's Chair and call the officers elect to take their places in front of him (her). He (she) will RAP THREE TIMES, and the members will all arise and remain standing. He (she) will then administer the following obligations to them collectively:]

INSTALLING OFFICER.—*Brothers (Sisters): Please raise your right hand and repeat after me the following obligation: You will each of you use your name where I use mine:*

*I, _____, _____, do hereby solemnly and sincerely pledge my honor in the presence of the members of this Order here assembled—to perform the duties of my office as prescribed in the Constitution and Laws—unless prevented by sickness or some unavoidable accident—that I will deliver to my successor in office—all books, papers, and other property—of the United Brotherhood—that may be in my possession at the close of my official term. All of this I most sincerely promise—with a full knowledge that to violate this pledge—is to stamp me as a person devoid of principle—and destitute of honor—only worthy of the scorn and contempt of my Brothers and Sisters.*

[At the close of the obligation, the Installing Officer will RAP ONCE, and the members will be seated. He (she) will then say to the officers elect:]

INSTALLING OFFICER.—*Brothers (Sisters): you have been chosen by this Order to each one serve it in his (her) respective official capacity, and you may well feel proud of the honor conferred upon you. You will now proceed to your respective official stations and enter upon the duties assigned to you by the Constitution and the laws of this union.*

[The Installing Officer will then surrender the Chair to the incoming President.]

**PLATFORM**

1. Municipal service wholly divorced from partisan politics. Tenure of office during good behavior and promotion for meritorious services.

2. Eight-hour service for all employees engaged directly or indirectly on municipal work.

3. Payment of wages weekly and equal pay to women for equal work performed with men.

4. Revision and simplification of all municipal laws.

5. Direct legislation through the initiative and referendum.

6. Sanitary and safety inspection of all places where labor is employed.

7. Abolition of contract prison labor.

8. Prohibition of child labor under 17 years.

9. Compulsory education.

10. Payment of wages in lawful money.

11. Prohibition of alien ownership of land.

12. Adoption of legislation requiring the election of all public officials by direct vote of the people.



