# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

Mid-America Carpenters Regaional Council )
)
)
    Plaintiff(s), )
)
    vs. ) Case No. 4:22-cv-00291-SEP
Albert Bond )
Interrail Outdoor, LLC )
Foxpoint Interactive, LLC )
)
    Defendant(s). )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for  Foxpoint Interactive  hereby discloses the following organizational interests:

1. If the subject organization is a corporation,

    a. Its parent companies or corporations (if none, state "none"):
        None

    b. Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
        None

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
        None

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

    James Neumann - Arizona citizen
    McCord Christensen - Florida citizen
    Rosenfeld Signs, LLC (California LLC)
        Managing member is Eugene Rosenfeld - California citizen

/s/ Paul Brusati
Signature (Counsel for Plaintiff/Defendant)
Print Name: Paul Brusati
Address: 7700 Forsyth Blvd., Ste. 18
City/State/Zip: St. Louis
Phone: 314-552-6602

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: May 27, 2022.

/s/ Paul Brusati
Signature