# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

MID-AMERICA CARPENTERS REGIONAL COUNCIL, )
)
)
    Plaintiff(s), )
)
        vs. )     Case No. 4:22-CV-00291
ALBERT BOND, )
INTERRAIL OUTDOOR, LLC and )
FOXPOINT INTERACTIVE, LLC )
)
    Defendant(s). )

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for __ALBERT BOND__ hereby discloses the following organizational interests:

1.     If the subject organization is a corporation,

    a.     Its parent companies or corporations (if none, state "none"):

        None.

    b.     Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):

        None.

    c.     Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):

        None.

2.     If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

    /s/Johnn H. Goffstein
    Signature (Counsel for Plaintiff/Defendant)
    Print Name: John H. Goffstein
    Address: 225 S. Meramec Ave, #402
    City/State/Zip: Clayton, MO 63105
    Phone: 314-932-1919

## Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on: __May 27__, 20__22__.

    /s/John H. Goffstein
    Signature