IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| ALBERT BOND, INTERRAIL OUTDOOR, LLC, and FOXPOINT INTERACTIVE, LLC, | ) ) ) ) |
| Defendants. | ) ) |

Case No. 4:22-cv-00291

JURY TRIAL DEMANDED

## DEFENDANT ALBERT BOND'S MOTION FOR LEAVE TO JOIN ADDITIONAL PARTIES AND TO FILE HIS SECOND AMENDED COUNTERCLAIM AND CROSSCLAIM UNDER FEDERAL RULES OF CIVIL PROCEDURE 13 AND 19

Pursuant to Federal Rules of Civil Procedure 13 and 19, Defendant Albert Bond, through his undersigned attorney, respectfully moves for leave to join additional parties, United Brotherhood of Carpenters and Joiners of America and Douglas J. McCarron, as president and individually, and files his second amended counterclaim and crossclaim. In support, Defendant Albert Bond submits his Memorandum of Law, which is filed concurrently herewith, and a copy of his Second Amended Counterclaim and Crossclaim, which is attached hereto as Counterclaim Defendant Exhibit A to this motion for the Court's consideration.

Respectfully submitted,

GOFFSTEIN LAW, LLC


/s/John H. Goffstein
John H. Goffstein, #MO19143
225 S. Meramec Avenue, Suite 402
Clayton, Missouri  63105
(314) 932-1919 – Office
(314) 932-5048 - Facsimile
adam@goffsteinlaw.com

Attorney for Defendant Bond

## CERTIFICATE OF SERVICE

On this  30th  day of  September , 2022, the undersigned hereby certifies that a copy of the foregoing was electronically filed with the Courts ECF system which will also email said document to all attorneys of record.


/s/John H. Goffstein