UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:22-cv-00291-SEP ) |
| ALBERT BOND, et al., | ) ) |
| Defendants. | ) ) |

## NOTICE OF FIRM ADDRESS CHANGE

Please take notice that James G. Martin of the law firm of Dowd Bennett LLP hereby notifies the Court and Counsel of Record of a change of address:  Dowd Bennett LLP, 7676 Forsyth Blvd., Ste. 1900, Clayton, MO  63105.

Dated:  December 16, 2022

Respectfully submitted,

**DOWD BENNETT LLP**

By: */s/ James G. Martin*
James G. Martin, #33586MO
7676 Forsyth Blvd., Suite 1900
St. Louis, MO 63105
Telephone: (314) 889-7300
Facsimile: (314) 863-2111
jmartin@dowdbennett.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*/s/ James G. Martin*